UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>LAXMI P. PALAYPU,  )<br>)<br>Defendant.  ) | **FILED**<br>OCT 0 4 2004<br>U.S. CLERK'S OFFICE<br>ROCK ISLAND, ILLINOIS<br><br>Case No. 02-4060 |

### ORDER

Before the Court is Plaintiff, The Prudential Insurance Company of America's ("Prudential") Motion for Voluntary Dismissal of Counts II, III, and IV and for Entry of Judgment Pursuant to the Court's August 25, 2004, Order. The Court previously granted Prudential's Motion for Partial Summary Judgment with respect to Count I (breach of contract), the portion of Count IV alleging unjust enrichment for unearned commissions, and Count V (breach of the Uniform Commercial Code). Summary judgment was not sought with respect to Prudential's claims under Count II (conversion), Count III (fraud), and the portion of Count IV alleging unjust enrichment for certain "bonuses" paid by Prudential to Defendant, Laxmi Palaypu ("Palaypu"), and these claims remained before the Court for trial.

Prudential now asks the Court to dismiss the claims asserted in Counts II, III, and IV of the Complaint without prejudice and enter judgment in its favor on Counts I and V of the Complaint pursuant to the Court's August 25, 2004, Order. Upon inquiry by the Court,

Palaypu has advised that he has no objection to the granting of Prudential's Motion, and the Court finds no other reason why the Motion should not be granted.

Accordingly, the Motion for Voluntary Dismissal of Counts II, III, and IV and for Entry of Judgment Pursuant to the Court's August 25, 2004, Order [#33] shall be granted. Counts II, III, and IV are hereby DISMISSED WITHOUT PREJUDICE, and the Clerk is directed to enter Judgment in favor of Plaintiff and against Defendant on Counts I and V of the Complaint in the amount of $437,354.26 plus prejudgment interest, reasonable attorney's fees, and costs of suit. The final pretrial conference set for 11:00 a.m. on October 7, 2004, and bench trial scheduled to begin on November 22, 2004, are VACATED. This matter is now TERMINATED.

Entered this 4th day of October, 2004.

                                              s/ Michael M. Mihm
                                              Michael M. Mihm
                                              United States District Judge