AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

FILED

OCT 0 4 2004

U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

**Prudential Life Insurance Company**

vs.

Case Number: **02-4060**

**Laxmi P. Palaypu**

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that Counts II, III, and IV are hereby DISMISSED WITHOUT PREJUDICE and judgment is entered in favor of the Plaintiff and against the Defendant in the amount of $437,354.26 plus prejudgment interest, reasonable attorney's fee and costs of suit.---------------------------------

ENTER this 4th day of October, 2004

JOHN M. WATERS, CLERK

____/s/T. Peeples____
BY:  DEPUTY CLERK