E-FILED
Tuesday, 02 November, 2004  12:31:47 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| The Prudential Insurance Company of America, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Laxmi P. Palaypu, )<br>)<br>Defendant. )<br>) | <br><br><br><br>Case No. No. 02-cv-4060<br><br>Judge Mihm<br><br>Magistrate Judge Gorman |

**AGREED MOTION TO EXTEND TIME TO FILE BILL OF COSTS
AND MOTION FOR ATTORNEYS' FEES**

Plaintiff, The Prudential Insurance Company of America, pursuant to Rule 54 of the Federal Rules of Civil Procedure and Local Rule 54.1, hereby moves for an extension of time until December 10, 2004 to file any bill of costs or motion for attorneys' fees.  In support of its motion, Prudential states as follows.

1.  The Court entered judgment for Prudential on October 5, 2004.  Under Local Rule 54.1, Prudential has until November 4, 2004 to file a bill of costs or motion for attorneys' fees.

2.  The parties are engaged in discussions regarding settlement of defendant's debt to Prudential, and defendant has agreed to make certain payments toward his debt, including payments on November 5, 2004 and December 6, 2004.  In order to facilitate further discussions regarding payment of defendant's debt and to avoid unnecessary expense, Prudential wishes to defer the filing of any bill of costs or motion for attorneys'

fees until December 10, 2004.  Granting this extension of time will help the parties to voluntarily and efficiently resolve remaining issues.

    3.  Prudential's counsel contacted defendant regarding this request for an extension of time on November 2, 2004, and plaintiff stated that he agreed to this request.

WHEREFORE, Prudential respectfully requests that the Court enter an order extending the time for filing any bill of costs or motion for attorneys' fees until December 10, 2004.

    Respectfully submitted,

    THE PRUDENTIAL INSURANCE
    COMPANY OF AMERICA


    By:  __/s/ Ian H. Morrison_____
        One of Their Attorneys

Ian H. Morrison
SEYFARTH SHAW
55 East Monroe Street, Suite 4200
Chicago, Illinois 60603
(312) 346-8000
(312) 269-8869 (facsimile)

David B. Ross
SEYFARTH SHAW
1270 Avenue of the Americas, Suite 2500
New York, New York
(212) 218-5500
(212) 21805526 (facsimile)

November 2, 2004

- 3 -

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Agreed Motion To Extend Time To File Bill Of Costs And Motion For Attorneys' Fees was served by first class U.S. Mail, this 2nd Day of November, 2004 upon the following:

> Mr. Laxmi P. Palaypu
> 3406 78th Street
> Moline, Illinois 61265

                                          /s/ Ian H. Morrison
                                               Ian H. Morrison

CH1 10810901.1