E-FILED
Wednesday, 08 December, 2004  04:51:02 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## ROCK ISLAND DIVISION

| | |
|---|---|
| The Prudential Insurance Company of America, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Laxmi P. Palaypu, ) <br> ) <br> Defendant. ) <br> ) | Case No. 02-cv-4060 <br><br> Judge Mihm <br><br> Magistrate Judge Gorman |

### PLAINTIFF'S BILL OF COSTS

Plaintiff, The Prudential Insurance Company of America, pursuant to Rule 54 of the Federal Rules of Civil Procedure and Local Rule 54.1, submits this itemization in support of its bill of costs. Plaintiff incurred the following taxable costs. These costs are summarized in the form AO 133 attached hereto as Exhibit 1:

1. Filing fee, paid to the Clerk of Court on of $150.00, as reflected on the Court's docket sheet.

2. Fee for service of summons and complaint of $51.80 (*see* Exhibit 2, item marked A – a copy of the invoice for the process server was not available, so plaintiff attaches its internal documentation showing that this amount was paid)

3. Fees of the court reporter for the transcription and a copy of the deposition of the plaintiff: $1,199.50 (*see* Exhibit 3).

4. Fees for duplicating the following papers necessary for this case (at a rate of $0.20/page), for a total of $333.00.

- 2 -

      a.    Documents produced to defendant pursuant to Rule 34 discovery requests: 939 pages;

      b.    Plaintiff's motion for summary judgment, memorandum of law, and supporting documents, and reply in support of same: 242 pages x 3 (1 copy for the Court, 1 copy for defendant, and one copy for counsel's use);

    5.   As set forth in the attached form AO 133, these costs were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

                            Respectfully submitted,

                              THE PRUDENTIAL INSURANCE COMPANY OF AMERICA


                            By: __/s/ Ian H. Morrison_____
                                One of Their Attorneys

Ian H. Morrison
SEYFARTH SHAW
55 East Monroe Street, Suite 4200
Chicago, Illinois 60603
(312) 346-8000
(312) 269-8869 (facsimile)

David B. Ross
SEYFARTH SHAW
1270 Avenue of the Americas, Suite 2500
New York, New York
(212) 218-5500
(212) 218-5526 (facsimile)

December 8, 2004

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Bill of Costs was served by first class U.S. Mail, this 8th Day of December, 2004 upon the following:

> Mr. Laxmi P. Palaypu
> 3406 78th Street
> Moline, Illinois 61265

>       ____/s/ Ian H. Morrison _____
>                 Ian H. Morrison

CH1 10827163.1