Billed and Unbilled Recap Of Cost Detail - [33250-220007 - Palaypu, Laxmi v. Prudential]  
Client:33250 - Prudential Insurance Co. 2001/2002 Fixed Fee 12/8/2004 3:10:41 PM

4:02-cv-04060-MMM-JAG  # 37-3  Page 1 of 5

Page 1

E-FILED  
Wednesday, 08 December, 2004 04:51:51 PM  
Clerk, U.S. District Court, ILCD

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | |
|---|---|---|---|---|---|---|---|---|
| 04/17/2002 | 9999 | SYSTEM FIRM ATTORNEY | D107C | 1.00 | 7.54 | 7.54 | Federal Express/Messenger | 4779055 |
| 07/31/2002 | | Invoice=804138 | | 1.00 | 7.54 | 7.54 | Inv#: 419176808 | |
| | | | | | | | Sender: IAN H MORRISON | |
| | | | | | | | Airbill: 831436523063 | |
| | | | | | | | MR LAXMI P PALAYPU | |
| | | | | | | | 3406 78TH ST | |
| | | | | | | | MOLINE, IL 61265 | |
| 05/30/2002 | 0243 | David B. Ross | E106 | 1.00 | 41.30 | 41.30 | Online Research - LEXIS NEXIS - APRIL 2002 | 4772861 |
| 06/10/2002 | | Invoice=796983 | | 1.00 | 41.30 | 41.30 | | |
| 07/10/2002 | 0243 | David B. Ross | E101 | 18.00 | 0.20 | 3.60 | Copying | 4835695 |
| 09/30/2002 | | Invoice=816876 | | 18.00 | 0.20 | 3.60 | | |
| 07/11/2002 | 0243 | David B. Ross | D11 | 1.00 | 150.00 | 150.00 | Filing Fees - CLERK CIRCUIT COURT | 4802935 |
| 08/19/2002 | | Invoice=808830 | | 1.00 | 150.00 | 150.00 | | |
| | | Voucher=771028 Paid | | | | | Vendor=CLERK CIRCUIT COURT  Balance= .00  Amount= 150.00 | |
| | | | | | | | Paid: 460745 07/11/2002 | |
| 07/11/2002 | 0243 | David B. Ross | E101 | 188.00 | 0.20 | 37.60 | Copying | 4808884 |
| 08/19/2002 | | Invoice=808830 | | 188.00 | 0.20 | 37.60 | | |
| 07/11/2002 | 9999 | SYSTEM FIRM ATTORNEY | D107C | 1.00 | 8.91 | 8.91 | Federal Express/Messenger | 4820391 |
| 08/19/2002 | | Invoice=808830 | | 1.00 | 8.91 | 8.91 | Inv#: 428356035 | |
| | | | | | | | Sender: IAN H MORRISON | |
| | | | | | | | Airbill: 831901981066 | |
| | | | | | | | JOHN M WATERS | |
| | | | | | | | CENTRAL DISTRICT OF ILLINOIS | |
| | | | | | | | 211 19TH STREET ROCK ISLAND | |
| | | | | | | | ROCK ISLAND, IL 61201 | |
| 07/12/2002 | 9999 | SYSTEM FIRM ATTORNEY | D107C | 1.00 | 8.76 | 8.76 | Federal Express/Messenger | 4820392 |
| 08/19/2002 | | Invoice=808830 | | 1.00 | 8.76 | 8.76 | Inv#: 428356035 | |
| | | | | | | | Sender: IAN H MORRISON | |
| | | | | | | | Airbill: 833566853393 | |
| | | | | | | | JAN H MORRISON | |
| | | | | | | | SEYFARTH SHAW | |
| | | | | | | | 55 E MONROE STE 4200 | |
| | | | | | | | CHICAGO, IL 60603 | |
| 07/15/2002 | 0243 | David B. Ross | E101 | 76.00 | 0.20 | 15.20 | Copying | 4815652 |
| 08/19/2002 | | Invoice=808830 | | 76.00 | 0.20 | 15.20 | | |
| 07/17/2002 | 9999 | SYSTEM FIRM ATTORNEY | D107C | 1.00 | 5.23 | 5.23 | Federal Express/Messenger Inv#: 428395149 | 4822251 |
| 08/19/2002 | | Invoice=808830 | | 1.00 | 5.23 | 5.23 | Sender: SCOTT JANUSER Airbill: 834999176501 | |
| | | | | | | | ROSS JOHNSON LEGAL PROCESS & INVESTIGATION 230 | |
| | | | | | | | W 3RD ST 203 DAVENPORT, IA 52801 | |
| 08/16/2002 | 9999 | SYSTEM FIRM ATTORNEY | D107C | 1.00 | 7.62 | 7.62 | Federal Express/Messenger | 4865015 |
| 10/24/2002 | | Invoice=822278 | | 1.00 | 7.62 | 7.62 | Inv#: 433146340 | |
| | | | | | | | Sender: IAN H MORRISON | |
| | | | | | | | Airbill: 833566854047 | |
| | | | | | | | JOHN M WATERS | |
| | | | | | | | CLERK OF THE US DIST CT | |
| | | | | | | | 211 19TH STREET | |
| | | | | | | | ROCK ISLAND, IL 61201 | |
| 08/23/2002 | 9999 | SYSTEM FIRM ATTORNEY | D107C | 1.00 | 8.86 | 8.86 | Federal Express/Messenger | 4854356 |
| 09/30/2002 | | Invoice=816876 | | 1.00 | 8.86 | 8.86 | Inv#: 433183716 | |
| | | | | | | | Sender: IAN MORRISON | |
| | | | | | | | Airbill: 834999170293 | |
| | | | | | | | JOHN M WATERS | |
| | | | | | | | US DISTRICT CPURT OF ILLONIS | |
| | | | | | | | 211 19TH STREET | |
| | | | | | | | ROCK ISLAND, IL 61201 | |
| 08/27/2002 | 0977 | Ian H. Morrison | D11 | 1.00 | 17.00 | 17.00 | Filing Fees - U.S. DOCKERT CLERK ROCK ISLAND | 4847276 |
| 09/30/2002 | | Invoice=816876 | | 1.00 | 17.00 | 17.00 | COPY OF ANXWER TO COMPLAINT 8/23/02 | |
| | | Voucher=781576 Paid | | | | | Vendor=U.S. DOCKERT CLERK ROCK ISLAND  Balance= .00  Amount= | |
| | | | | | | | 17.00 | |
| | | | | | | | Paid: 9350 08/23/2002 | |
| 08/29/2002 | 0243 | David B. Ross | D10 | 1.00 | 51.80 Ⓐ | 51.80 | Process Server - LEGAL PROCESS & INVESTIGATION | 4847787 |
| 09/30/2002 | | Invoice=816876 | | 1.00 | 51.80 | 51.80 | - Laxmi P. Palaypu 07/25/02. | |

Exhibit 2

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | Voucher=781739 Paid | | | | | Vendor=LEGAL PROCESS & INVESTIGATION  Balance= .00  Amount= 51.80 | |
| | | | | | | | Paid: 465022  08/29/2002 | |
| 11/01/2002 | 9999 | SYSTEM FIRM ATTORNEY | D107C | 1.00 | 7.69 | 7.69 | Federal Express/Messenger | 4917987 |
| 12/06/2002 | | Invoice=833603 | | 1.00 | 7.69 | 7.69 | Inv#: 442573997 | |
| | | | | | | | Sender: IAN H MORRISON | |
| | | | | | | | Airbill: 833566853669 | |
| | | | | | | | JOHN M WATERS | |
| | | | | | | | CLERK OF THE US DISTRICT CT | |
| | | | | | | | 211 9TH ST CENTRAL DIST OF IG- | |
| | | | | | | | ROCK ISLAND, IL  61201 | |
| 11/14/2002 | 0977 | Ian H. Morrison | E106 | 1.00 | 12.59 | 12.59 | Online Research  October, 2002 LexisNexis | 4912538 |
| 12/06/2002 | | Invoice=833603 | | 1.00 | 12.59 | 12.59 | | |
| 11/15/2002 | 0243 | David B. Ross | E101 | 7.00 | 0.20 | 1.40 | Copying | 4916620 |
| 12/06/2002 | | Invoice=833603 | | 7.00 | 0.20 | 1.40 | | |
| 11/19/2002 | 9999 | SYSTEM FIRM ATTORNEY | D107C | 1.00 | 7.77 | 7.77 | Federal Express/Messenger | 4926220 |
| 04/01/2003 | | Invoice=842888 | | 1.00 | 7.77 | 7.77 | Inv#: 447296892 | |
| | | | | | | | Sender: JAN M MORRISON | |
| | | | | | | | Airbill: 833566853897 | |
| | | | | | | | MR LAXMI P PALAPU | |
| | | | | | | | 3406 78TH ST | |
| | | | | | | | MOLINE, IL  61265 | |
| 11/19/2002 | 9999 | SYSTEM FIRM ATTORNEY | D107C | 1.00 | 7.77 | 7.77 | Federal Express/Messenger | 4926221 |
| 04/01/2003 | | Invoice=842888 | | 1.00 | 7.77 | 7.77 | Inv#: 447296892 | |
| | | | | | | | Sender: JAN H MORRISON | |
| | | | | | | | Airbill: 836003614152 | |
| | | | | | | | JOHN M WATERS | |
| | | | | | | | CLERK OF THE U S DISTRICT COUR | |
| | | | | | | | 211 19TH ST ROCK ISLAND DIVISI | |
| | | | | | | | ROCK ISLAND, IL  61201 | |
| 11/21/2002 | 0243 | David B. Ross | E101 | 43.00 | 0.20 | 8.60 | Copying | 4923454 |
| 12/06/2002 | | Invoice=833603 | | 43.00 | 0.20 | 8.60 | | |
| 11/22/2002 | 9999 | SYSTEM FIRM ATTORNEY | D107C | 1.00 | 9.04 | 9.04 | Federal Express/Messenger | 4926222 |
| 04/01/2003 | | Invoice=842888 | | 1.00 | 9.04 | 9.04 | Inv#: 447296892 | |
| | | | | | | | Sender: IAN H MORRISON | |
| | | | | | | | Airbill: 836003614288 | |
| | | | | | | | JOHN M WATERS | |
| | | | | | | | CLERK OF THE US DISTRICT COURT | |
| | | | | | | | 211 19TH STREET ROCK ISLAND DI | |
| | | | | | | | ROCK ISLAND, IL  61201 | |
| 01/15/2003 | 0243 | David B. Ross | E101 | 20.00 | 0.20 | 4.00 | Copying | 4965137 |
| 07/01/2003 | | Invoice=862935 | | 20.00 | 0.20 | 4.00 | | |
| 02/12/2003 | 9999 | SYSTEM FIRM ATTORNEY | D107C | 1.00 | 8.18 | 8.18 | Federal Express/Messenger | 4989766 |
| 07/15/2003 | | Invoice=866139 | | 0.00 | 8.18 | 0.00 | Inv#: 460077122 | |
| | | | | | | | Date Sent: 02/12/2003 | |
| | | | | | | | Sender: DAVID B. ROSS | |
| | | | | | | | Airbill: 790696080980 | |
| | | | | | | | UCHENTE EMULEOMO | |
| | | | | | | | THE PRUDENTIAL INSURANCE COPMP | |
| | | | | | | | 751 BROAD STREET | |
| | | | | | | | NEWARK, NJ  07102 | |
| 03/26/2003 | 0977 | Ian H. Morrison | E124 | 1.00 | 19.09 | 19.09 | Other/gas 3/20/03 - IAN MORRISON-ER 3/20/03. | 5012134 |
| 07/10/2003 | | Invoice=865807 | | 1.00 | 19.09 | 19.09 | | |
| | | Voucher=823614 Paid | | | | | Vendor=IAN MORRISON  Balance= .00  Amount= 84.63 | |
| | | | | | | | Paid: 482877  03/26/2003 | |
| 03/26/2003 | 0977 | Ian H. Morrison | E109A | 1.00 | 5.00 | 5.00 | Travel/parking 3/20/03 - IAN MORRISON-ER | 5012135 |
| 07/10/2003 | | Invoice=865807 | | 1.00 | 5.00 | 5.00 | 3/20/03. | |
| | | Voucher=823614 Paid | | | | | Vendor=IAN MORRISON  Balance= .00  Amount= 84.63 | |
| | | | | | | | Paid: 482877  03/26/2003 | |
| 03/26/2003 | 0977 | Ian H. Morrison | E109A | 1.00 | 60.54 | 60.54 | Travel/rental car 3/20/03 - IAN MORRISON-ER | 5012136 |
| 07/10/2003 | | Invoice=865807 | | 1.00 | 60.54 | 60.54 | 3/20/03. | |
| | | Voucher=823614 Paid | | | | | Vendor=IAN MORRISON  Balance= .00  Amount= 84.63 | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Paid: 482877  03/26/2003 | |
| 04/18/2003 | 0243 | David B. Ross | D106 | 1.00 | 0.28 | 0.28 | Online Research - PACER SERVICE CENTER - | 5037595 |
| 07/15/2003 | | Invoice=866139 | | 0.00 | 0.28 | 0.00 | Search for March 2003 | |
| | | Voucher=828643 Paid | | | | | Vendor=PACER SERVICE CENTER  Balance= .00  Amount= 1626.66 | |
| | | | | | | | Paid: 485457  04/18/2003 | |
| 05/14/2003 | 0977 | Ian H. Morrison | E106 | 1.00 | 424.95 | 424.95 | Online Research  April, 2003 LexisNexis | 5056072 |
| 07/20/2003 | | Invoice=874994 | | 0.00 | 424.95 | 0.00 | | |
| 07/11/2003 | 1598 | Jenny B. Friedman | E106 | 1.00 | 219.02 | 219.02 | Online Research  June, 2003 Westlaw | 5110225 |
| 08/27/2003 | | Invoice=885835 | | 0.00 | 219.02 | 0.00 | | |
| 07/14/2003 | 1663 | David R. Golder | E106 | 1.00 | 55.61 | 55.61 | Online Research  June, 2003 LexisNexis | 5112763 |
| 08/27/2003 | | Invoice=885835 | | 0.00 | 55.61 | 0.00 | | |
| 09/24/2003 | 0243 | David B. Ross | E101 | 14.00 | 0.20 | 2.80 | Copying | 5184996 |
| 10/10/2003 | | Invoice=902810 | | 14.00 | 0.20 | 2.80 | | |
| 10/29/2003 | 0243 | David B. Ross | D106 | 1.00 | 0.07 | 0.07 | Online Research - PACER SERVICE CENTER - | 5209034 |
| 12/01/2003 | | Invoice=913369 | | 0.00 | 0.07 | 0.00 | Charges for Service 07/01/03 to 09/30/03. | |
| | | Voucher=864756 Paid | | | | | Vendor=PACER SERVICE CENTER  Balance= .00  Amount= 2871.19 | |
| | | | | | | | Paid: 502842  10/29/2003 | |
| 10/30/2003 | 0243 | David B. Ross | E101 | 16.00 | 0.20 | 3.20 | Copying | 5216692 |
| 12/03/2003 | | Invoice=927190 | | 16.00 | 0.20 | 3.20 | | |
| 12/03/2003 | 0243 | David B. Ross | E101 | 140.00 | 0.20 | 28.00 | Copying | 5254238 |
| 01/01/2004 | | Invoice=940625 | | 140.00 | 0.20 | 28.00 | | |
| 02/26/2004 | 0243 | David B. Ross | D106 | 1.00 | 0.42 | 0.42 | Online Research - PACER SERVICE CENTER | 5317496 |
| 03/01/2004 | | Invoice=957099 | | 1.00 | 0.42 | 0.42 | | |
| | | Voucher=891271 Paid | | | | | Vendor=PACER SERVICE CENTER  Balance= .00  Amount= 3027.29 | |
| | | | | | | | Paid: 514689  02/26/2004 | |
| 03/09/2004 | 0243 | David B. Ross | E101 | 880.00 | 0.20 | 176.00 | Copying | 5335792 |
| 04/30/2004 | | Invoice=964099 | | 880.00 | 0.20 | 176.00 | | |
| 03/15/2004 | 9999 | SYSTEM FIRM ATTORNEY | D107C | 1.00 | 9.85 | 9.85 | Federal Express/Messenger | 5348510 |
| 04/30/2004 | | Invoice=964099 | | 1.00 | 9.85 | 9.85 | Inv#: 164554342 | |
| | | | | | | | Date Sent: 03/15/2004 | |
| | | | | | | | Sender: IAN MORRISON | |
| | | | | | | | Airbill: 844739886030 | |
| | | | | | | | LAXMI P PALAYPN | |
| | | | | | | | 3406 78TH ST | |
| | | | | | | | MOLINE, IL 61265 | |
| 03/22/2004 | 9999 | SYSTEM FIRM ATTORNEY | D107C | 1.00 | 9.85 | 9.85 | Federal Express/Messenger | 5349322 |
| 04/30/2004 | | Invoice=964099 | | 1.00 | 9.85 | 9.85 | Inv#: 169413069 | |
| | | | | | | | Date Sent: 03/22/2004 | |
| | | | | | | | Sender: IAN H MORRISON | |
| | | | | | | | Airbill: 844739885332 | |
| | | | | | | | LAXMI P PALAYPO | |
| | | | | | | | 3406 78TH STREET | |
| | | | | | | | MOLINE, IL 61265 | |
| 03/24/2004 | 0243 | David B. Ross | E101 | 533.00 | 0.20 | 106.60 | Copying | 5353264 |
| 04/30/2004 | | Invoice=964099 | | 533.00 | 0.20 | 106.60 | | |
| 04/02/2004 | 0243 | David B. Ross | E101 | 274.00 | 0.20 | 54.80 | Copying | 5358481 |
| 05/31/2004 | | Invoice=991463 | | 274.00 | 0.20 | 54.80 | | |
| 04/05/2004 | 0243 | David B. Ross | E102 | 1.00 | 106.90 | 106.90 | Outside Printing - DOCUMENT TECHNOLOGIES - | 5355613 |
| 05/31/2004 | | Invoice=991463 | | 1.00 | 106.90 | 106.90 | Medium Litigation 03/15/04. | |
| | | Voucher=900072 Paid | | | | | Vendor=DOCUMENT TECHNOLOGIES  Balance= .00  Amount= 106.90 | |
| | | | | | | | Paid: 518917  04/05/2004 | |
| 04/05/2004 | 0977 | Ian H. Morrison | E109A | 1.00 | 6.00 | 6.00 | Travel/parking 3/26/04 - IAN MORRISON-ER | 5359031 |
| 05/31/2004 | | Invoice=991463 | | 1.00 | 6.00 | 6.00 | 3/27/04. | |
| | | Voucher=900188 Paid | | | | | Vendor=IAN MORRISON  Balance= .00  Amount= 124.04 | |
| | | | | | | | Paid: 518888  04/05/2004 | |
| 04/05/2004 | 0977 | Ian H. Morrison | E109A | 1.00 | 92.14 | 92.14 | Travel/rental car 3/27/04 - IAN MORRISON-ER | 5359032 |
| 05/31/2004 | | Invoice=991463 | | 1.00 | 92.14 | 92.14 | 3/27/04. | |

Billed and Unbilled Recap Of Cost Detail - [33250-220007 - Palaypu, Laxmi v. Prudential]   Page 4
Client:33250 - Prudential Insurance Co. 2001/2002 Fixed Fee   12/8/2004   3:10:41 PM

4:02-cv-04060-MMM-JAG   # 37-3   Page 4 of 5

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | Voucher=900188 Paid | | | | | Vendor=IAN MORRISON Balance= .00 Amount= 124.04 | |
| | | | | | | | Paid: 518888 04/05/2004 | |
| 04/05/2004 | 0977 | Ian H. Morrison | E124 | 1.00 | 25.90 | 25.90 | Other/gasoline 3/26/04-3/27/04 - IAN | 5359033 |
| 05/31/2004 | | Invoice=991463 | | 1.00 | 25.90 | 25.90 | MORRISON-ER 3/27/04. | |
| | | Voucher=900188 Paid | | | | | Vendor=IAN MORRISON Balance= .00 Amount= 124.04 | |
| | | | | | | | Paid: 518888 04/05/2004 | |
| 04/08/2004 | 0243 | David B. Ross | E101 | 76.00 | 0.20 | 15.20 | Copying | 5363498 |
| 05/31/2004 | | Invoice=991463 | | 76.00 | 0.20 | 15.20 | | |
| 04/08/2004 | 0243 | David B. Ross | E101 | 2.00 | 0.20 | 0.40 | Copying | 5369830 |
| 05/31/2004 | | Invoice=991463 | | 2.00 | 0.20 | 0.40 | | |
| 04/13/2004 | 0243 | David B. Ross | E105 | 1.00 | 0.26 | 0.26 | Long Distance Telephone | 5401063 |
| 05/31/2004 | | Invoice=991463 | | 1.00 | 0.26 | 0.26 | | |
| 04/20/2004 | 0243 | David B. Ross | E102 | 1.00 | 315.06 | 315.06 | Outside Printing - IKON OFFICE SOLUTIONS DOC | 5367012 |
| 05/31/2004 | | Invoice=991463 | | 1.00 | 315.06 | 315.06 | SVCS - C Litigation Copy 03/24/04. | |
| | | Voucher=904508 Paid | | | | | Vendor=IKON OFFICE SOLUTIONS DOC SVCS Balance= .00 Amount= 315.06 | |
| | | | | | | | Paid: 520994 04/20/2004 | |
| 04/26/2004 | 9999 | SYSTEM FIRM ATTORNEY | D107C | 1.00 | 9.36 | 9.36 | Federal Express/Messenger | 5416624 |
| 05/31/2004 | | Invoice=991463 | | 1.00 | 9.36 | 9.36 | Inv#: 174105509 | |
| | | | | | | | Date Sent: 04/26/2004 | |
| | | | | | | | Sender: IAN H MORRISON | |
| | | | | | | | Airbill: 844739885972 | |
| | | | | | | | LAXMI P PALAYPU | |
| | | | | | | | 3406 78TH ST | |
| | | | | | | | MOLINE, IL 61265 | |
| 04/28/2004 | 0243 | David B. Ross | E101 | 1288.00 | 0.20 | 257.60 | Copying | 5386700 |
| 05/31/2004 | | Invoice=991463 | | 1288.00 | 0.20 | 257.60 | | |
| 04/29/2004 | 9999 | SYSTEM FIRM ATTORNEY | D107C | 1.00 | 13.95 | 13.95 | Federal Express/Messenger | 5417150 |
| 05/31/2004 | | Invoice=991463 | | 1.00 | 13.95 | 13.95 | Inv#: 174162600 | |
| | | | | | | | Date Sent: 04/29/2004 | |
| | | | | | | | Sender: JENNY B. FRIEDMAN | |
| | | | | | | | Airbill: 791831754070 | |
| | | | | | | | CLERK OF THE COURT (ROCK ISLAN | |
| | | | | | | | USDCCD OF ILLINOIS | |
| | | | | | | | 40 U.S. COURTHOUSE | |
| | | | | | | | ROCK ISLAND, IL 61201 | |
| 05/14/2004 | 9999 | SYSTEM FIRM ATTORNEY | D107C | 1.00 | 9.59 | 9.59 | Federal Express/Messenger | 5418336 |
| 06/30/2004 | | Invoice=1010302 | | 1.00 | 9.59 | 9.59 | Inv#: 178682838 | |
| | | | | | | | Date Sent: 05/14/2004 | |
| | | | | | | | Sender: IAN H MORRISON | |
| | | | | | | | Airbill: 844739885858 | |
| | | | | | | | VCHENTE EMULEUMO | |
| | | | | | | | PRUDENTIAL INS CO OF AMERICA | |
| | | | | | | | 751 BROAD ST 11 PLAZA CORPORAT | |
| | | | | | | | NEWARK, NJ 07102 | |
| 05/27/2004 | 0243 | David B. Ross | E106 | 1.00 | 221.93 | 221.93 | Online Research - LEXISNEXIS APRIL 2004 | 5409682 |
| 06/30/2004 | | Invoice=1010302 | | 1.00 | 0.00 | 0.00 | | |
| 05/27/2004 | 0243 | David B. Ross | E106 | 1.00 | 29.45 | 29.45 | Online Research - WESTLAW APRIL 2004 | 5410464 |
| 06/30/2004 | | Invoice=1010302 | | 1.00 | 0.00 | 0.00 | | |
| 06/15/2004 | 0243 | David B. Ross | E115 | 1.00 | 1,199.50 | 1,199.50 | Deposition Transcripts - HERRING REPORTING | 5427607 |
| 07/30/2004 | | Invoice=1021607 | | 1.00 | 1,199.50 | 1,199.50 | SERVICE Depo of Laxmi Palaypu 03/26/04 | |
| | | Voucher=916749 Paid | | | | | Vendor=HERRING REPORTING SERVICE Balance= .00 Amount= 1199.50 | |
| | | | | | | | Paid: 527068 06/15/2004 | |
| 06/23/2004 | 0243 | David B. Ross | E102 | 1.00 | 88.20 | 88.20 | Outside Printing - RELIABLE COPY SERVICE | 5434200 |
| 07/30/2004 | | Invoice=1021607 | | 1.00 | 88.20 | 88.20 | Medium Litigation 04/21/04 | |
| | | Voucher=919128 Paid | | | | | Vendor=RELIABLE COPY SERVICE Balance= .00 Amount= 88.20 | |
| | | | | | | | Paid: 528242 06/23/2004 | |
| 07/01/2004 | 0243 | David B. Ross | D107C | 1.00 | 9.39 | 9.39 | Federal Express/Messenger | 5456437 |
| 09/28/2004 | | Invoice=1045599 | | 1.00 | 9.39 | 9.39 | Inv#: 188883079 | |

Billed and Unbilled Recap Of Cost Detail - [33250-220007 - Palaypu, Laxmi v. Prudential]  Page 5
Client:33250 - Prudential Insurance Co. 2001/2002 Fixed Fee  12/8/2004 3:10:41 PM

4:02-cv-04060-MMM-JAG    # 37-3    Page 5 of 5

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Date Sent: 07/01/2004 | |
| | | | | | | | Sender: JENNY FRIEDMAN | |
| | | | | | | | Airbill: 846454625781 | |
| | | | | | | | LAXMI PALAYPO | |
| | | | | | | | 3406 78TH ST | |
| | | | | | | | MOLINE, IL 61265 | |
| 07/01/2004 | 0243 | David B. Ross | D107C | 1.00 | 9.02 | 9.02 | Federal Express/Messenger | 5456438 |
| 09/28/2004 | | Invoice=1045599 | | 1.00 | 9.02 | 9.02 | Inv#: 188883079 | |
| | | | | | | | Date Sent: 07/01/2004 | |
| | | | | | | | Sender: JENNY FRIEDMAN | |
| | | | | | | | Airbill: 846454625792 | |
| | | | | | | | CLERK OF THE COURT | |
| | | | | | | | USDCCD OF ILLINOIS | |
| | | | | | | | 211 19TH ST 40 US COURTHOUSE | |
| | | | | | | | ROCK ISLAND, IL 61201 | |
| 07/19/2004 | 1598 | Jenny B. Friedman | E106 | 1.00 | 23.90 | 23.90 | Online Research-June 2004 Lexis Nexis | 5457188 |
| 09/28/2004 | | Invoice=1045599 | | 0.00 | 0.00 | 0.00 | | |
| 07/21/2004 | 0243 | David B. Ross | D106 | 1.00 | 1.89 | 1.89 | Online Research - PACER SERVICE CENTER | 5462340 |
| 09/28/2004 | | Invoice=1045599 | | 0.00 | 0.00 | 0.00 | Document Searches /Second Quarter 2004 Charges | |
| | | Voucher=925184 Paid | | | | | Vendor=PACER SERVICE CENTER Balance= .00 Amount= 2701.23 | |
| | | | | | | | Paid: 531236 07/22/2004 | |
| 07/30/2004 | 0243 | David B. Ross | E105 | 1.00 | 0.52 | 0.52 | Long Distance Telephone | 5486599 |
| 09/28/2004 | | Invoice=1045599 | | 1.00 | 0.52 | 0.52 | | |
| 08/02/2004 | 0243 | David B. Ross | E105 | 1.00 | 3.64 | 3.64 | Long Distance Telephone | 5486600 |
| 09/23/2004 | | Invoice=1044660 | | 1.00 | 0.00 | 0.00 | | |
| 11/15/2004 | 0977 | Ian H. Morrison | E106 | 1.00 | 36.22 | 36.22 | October 2004 Lexis | 5567742 |
| 12/01/2004 | 0308 | Bart A. Lazar | D106 | 1.00 | 1.89 | 1.89 | Online Research - PACER SERVICE CENTER Online | 5585957 |
| | | | | | | | Research - SEC Document | |
| | | Voucher=954890 Paid | | | | | Vendor=PACER SERVICE CENTER Balance= .00 Amount= 3209.64 | |
| | | | | | | | Paid: 545791 12/02/2004 | |
| | | UNBILLED TOTALS: WORK | | | | 38.11 | 2 records | |
| | | UNBILLED TOTALS: BILL: | | | | 38.11 | | |
| | | BILLED TOTALS: WORK: | | | | 4,046.34 | 61 records | |
| | | BILLED TOTALS: BILL: | | | | 3,057.42 | | |
| | | GRAND TOTAL: WORK: | | | | 4,084.45 | 63 records | |
| | | GRAND TOTAL: BILL: | | | | 3,095.53 | | |