# Herring Reporting Services

2516 East 40th Street
Davenport, IA 52807-1553

Phone: (563) 355-0503   Fax: (563) 355-2968

**Invoice**

| | |
|---|---|
| Job #: | 040326TSJ |
| Job Date: | 03/26/2004 |
| Order Date: | 03/26/2004 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | The Prudential Ins. Co. |

| | |
|---|---|
| Invoice #: | 203629 |
| Inv. Date: | 04/02/2004 |
| Balance: | $1,199.50 |

**Bill To:**
Ian Morrison, Esq
Seyfarth, Shaw
55 East Monroe Street, Suite 4200
Chicago, IL 60603-5803

| | |
|---|---|
| Action: | Prudential vs Palaypu |
| Action #: | 02-CV-4060 |
| Rep: | TSJ |
| Cert: | IA-1213 |

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | | Reporting Time | Hours | 5.50 | $40.00 | $220.00 |
| 2 | Laxmi Palaypu | Original Transcript | Pages | 192 | $4.95 | $950.40 |
| 3 | Laxmi Palaypu | Condensed Copy | Pages | 192 | $0.00 | $0.00 |
| 4 | Laxmi Palaypu | Ascii | Disk | 1.00 | $15.00 | $15.00 |
| 5 | | Postage | Del | 1.00 | $10.60 | $10.60 |
| 6 | | Archival | Office | 1.00 | $3.50 | $3.50 |

**Comments:**

Herring Reporting Services thanks you for your business.

| | |
|---|---|
| Sub Total | $1,199.50 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $1,199.50 |
| Payment | $0.00 |
| Balance Due | $1,199.50 |

Federal Tax I.D.: 42-1001239   Terms: Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Ian Morrison, Esq
Seyfarth, Shaw
55 East Monroe Street, Suite 4200
Chicago, IL 60603-5803

**Deliver To:**
Ian Morrison, Esq
Seyfarth, Shaw
55 East Monroe Street, Suite 4200
Chicago, IL 60603-5803

Exhibit 3

**Invoice**

**Herring Reporting Services**
2516 East 40th Street
Davenport, IA 52807-1553

Phone: (563) 355-0503
Fax: (563) 355-2968

| | |
|---|---|
| Invoice #: | 203629 |
| Inv. Date: | 04/02/2004 |
| Balance: | $1,199.50 |
| Job #: | 040326TSJ |
| Job Date: | 03/26/2004 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | The Prudential Ins. Co. |