E-FILED
Thursday, 09 December, 2004  05:15:29 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| The Prudential Insurance Company of America, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Laxmi P. Palaypu, ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No. 02-cv-4060 <br><br> Judge Mihm <br><br> Magistrate Judge Gorman |

**PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND EXPENSES**

Plaintiff, The Prudential Insurance Company of America, pursuant to Rule 54 of the Federal Rules of Civil Procedure and Local Rule 54.1, hereby moves for an award of attorneys' fees and expenses. In support of its motion, Prudential states as follows.

1. The Court entered judgment for Prudential on October 5, 2004. In its October 4, 2004 Order directing entry of judgment and in the October 5, 2004 Judgment, the Court awarded Prudential its reasonable attorneys' fees and costs of suit. The Court extended the time for filing a motion for attorneys' fees to December 10, 2004.

2. Prudential incurred attorneys' fees of $70,000.00 and non-taxable expenses of $1,323.12 prosecuting this action.

3. For the reasons set forth in the accompanying memorandum of law, those fees and expenses are reasonable and are recoverable under the applicable contract between the parties.

WHEREFORE, Prudential respectfully requests that the Court enter an order awarding Prudential $70,000 for attorneys' fees and $1,323.12 for non-taxable costs and amending the Judgment accordingly.

                Respectfully submitted,

                THE PRUDENTIAL INSURANCE
                COMPANY OF AMERICA

                By: __/s/ Ian H. Morrison_____
                      One of Their Attorneys

Ian H. Morrison
SEYFARTH SHAW
55 East Monroe Street, Suite 4200
Chicago, Illinois 60603
(312) 346-8000
(312) 269-8869 (facsimile)

David B. Ross
SEYFARTH SHAW
1270 Avenue of the Americas, Suite 2500
New York, New York
(212) 218-5500
(212) 218-5526 (facsimile)

December 9, 2004

- 3 -

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Motion For Attorneys' Fees and Expenses was served via email on December 9, 2004 and that a copy will be served via first class U.S. Mail, on December 10, 2004 upon the following:

Mr. Laxmi P. Palaypu
3406 78th Street
Moline, Illinois 61265
Laxmi.palaypu@ibsnus.com

    /s/ Ian H. Morrison
        Ian H. Morrison

CH1 10826831.1