E-FILED
Thursday, 09 December, 2004 05:17:45 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| The Prudential Insurance Company of America,<br><br>    Plaintiff,<br><br>v.<br><br>Laxmi P. Palaypu,<br><br>    Defendant. | Case No. No. 02-cv-4060<br><br>Judge Mihm<br><br>Magistrate Judge Gorman |

**DECLARATION OF IAN H. MORRISON IN SUPPORT OF**
**MOTION FOR ATTORNEYS' FEES AND EXPENSES**

Pursuant to 28 U.S.C. § 1746, Ian H. Morrison states as follows:

1. I am a partner at Seyfarth Shaw LLP. I am one of the attorneys for plaintiff in this case.

2. I graduated from Washington University School of Law in 1995 and, after a two-year clerkship for the Honorable Richard Mills, U.S. District Judge, Central District of Illinois, joined the firm of Seyfarth Shaw LLP. I am a member of the firm's Labor and Employment Practice Group and I am based in the Firm's Chicago office. I have been primarily responsible for handling this case, including preparing pleadings, conducting discovery, and preparing Prudential's successful motion for summary judgment. In 2002, when this case began, my regular hourly rate was $240/hour. In 2003, my regular hourly rate was $260/hour. In 2004, my regular hourly rate for this type of work has been $285/hour. These rates, and the rates of other attorneys described below, are rates actually charged by the Firm for the work by those attorneys. From time to time, the Firm charges higher or lower rates for particular lawyers and matters based upon the specialized nature of an assignment or a specific agreement with a client.

3. The other attorneys from Seyfarth Shaw LLP who have done significant work on this case are David B. Ross and Jenny B. Friedman. Mr. Ross is a partner in the New York office of Seyfarth Shaw and a member of the firm's labor and Employment Practice Group. Mr. Ross is a 1968 graduate of Harvard Law School. In 2002, Mr. Ross' regular hourly rate for matters such as this one was $385.00. In 2003, Mr. Ross' regular hourly rate for matters such as this one was $395.00. Mr. Ross' 2004 regular hourly rate for matters such as this one is $420.00.

4. Ms. Friedman is a 2002 graduate of Northwestern University Law School and an associate in the Labor and Employment Practice Group of Seyfarth Shaw. Ms. Friedman worked on this case in 2003 and 2004, during which years her regular hourly rates were $175.00 and $200.00, respectively.

5. Other attorneys provided more limited assistance in this matter. These attorneys included: Charles C. Jackson, a 1977 graduate of Northwestern University Law School, who is a partner in the Chicago office of Seyfarth Shaw, a member of the Labor and Employment Practice Group, and a member of the Firm's Executive Committee; Stephen M. Crainer, who received his J.D. in 1997 from Case Western Reserve University and his LLM from New York University School of Law in 1998 and practices tax law in the New York office; and Christopher L. Casazza, a 2001 graduate of the George Washington University Law Center and an associate in the Labor and Employment Practice Group in the Chicago office. These attorneys' regular hourly rates for matters such as this one for the years in which they worked on this case are set forth in the table below.

6. The regular hourly rates of the attorneys' who worked on this case are summarized in the following table, as are the hours billed in this matter by each attorney in each.

| Attorney | 2002 Rate | 2002 Hours | 2003 Rate | 2003 Hours | 2004 Rate | 2004 Hours |
|---|---|---|---|---|---|---|
| David B. Ross | $385.00 | 12 | $395.00 | 3 | $420.00 | 3.25 |
| Ian H. Morrison | $240.00 | 60.95 | $260.00 | 31 | $285.00 | 65.75 |
| Jenny B. Friedman | n/a | n/a | $175.00 | 13.5 | $200.00 | 84 |
| Christopher L. Casazza | $160.00 | 12.25 | n/a | n/a | n/a | n/a |
| Charles C. Jackson | $385.00 | 1.3 | n/a | n/a | n/a | n/a |
| Stephen M. Crainer | n/a | n/a | n/a | n/a | $355 | 2.5 |

7.   A detailed statement showing the hours worked, work performed, and corresponding fee at that lawyer's regular hourly rate is attached as Exhibit 1.

8.   Seyfarth Shaw LLP billed for its work on this case under a fixed-fee arrangement with Prudential. Prudential agreed to pay Seyfarth Shaw a fixed fee of $70,000.00 for work performed from inception of the case until resolution by settlement, dismissal, or dispositive motion, excluding time spent on trial and trial preparation work, which would have been billed separately. Under this arrangement, when this matter was opened in April 2002, Prudential began making quarterly payments of $17,500.00 towards the agreed-upon attorneys' fee. These payments were made in September 2002, December 2002, March 2003, and July 2003. In addition, Seyfarth Shaw bills Prudential monthly for all disbursements. Seyfarth Shaw has billed Prudential for $3,057.42 in disbursements. Prudential has paid for all of these disbursements, with the exception of $2,185.27 in disbursements billed in May and July 2004, which Prudential expects to pay by the end of 2004. A spreadsheet listing all billed and unbilled disbursements is

attached as Exhibit 2. Accordingly, Prudential has incurred a total of $70,000.00 in attorneys' fees and $3,057.42 in disbursements, and has paid at total of $70,872.15 in attorneys' fees and disbursements to prosecute this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 8, 2004.

*[signature: Ian H. Morrison]*

Ian H. Morrison

CH1 10826747.1