| 33250-220007 | | | | |
|---|---|---|---|---|
| Date | Name / Invoice Number | Hours | Amount | Description |
| 6/11/2002 | Charles C. Jackson | 1.3 | 500.5 | Review and evaluate draft complaint; comments |
| 7/31/2002 | Invoice=804138 | 0 | 0 | to I. Morrison. |
| 4/1/2002 | David B. Ross | 0.25 | 96.25 | Telephone conference with Ian Morrison re: |
| 6/10/2002 | Invoice=792725 | 0 | 0 | potential action and background in this matter. |
| 4/1/2002 | David B. Ross | 0.5 | 192.5 | Review confidential investigation memo. |
| 6/10/2002 | Invoice=792725 | 0 | 0 | |
| 4/2/2002 | David B. Ross | 0.25 | 96.25 | Telephone conference with U. Emuleomo and Ian |
| 6/10/2002 | Invoice=792725 | 0 | 0 | Morrison. |
| 4/5/2002 | David B. Ross | 0.25 | 96.25 | Telephone conference with Ian Morrison and U. |
| 6/10/2002 | Invoice=792725 | 0 | 0 | Emuleomo; telephone conference with U. Emuleomo re: fact investigation. |
| 4/11/2002 | David B. Ross | 0.25 | 96.25 | Review of demand letter and telephone |
| 6/10/2002 | Invoice=792725 | 0 | 0 | conference with I. Morrison re: same. |
| 4/15/2002 | David B. Ross | 0.25 | 96.25 | Attention to demand letter. |
| 6/10/2002 | Invoice=792725 | 0 | 0 | |
| 4/17/2002 | David B. Ross | 0.25 | 96.25 | Review latest draft of demand audit letter. |
| 6/10/2002 | Invoice=792725 | 0 | 0 | |
| 4/18/2002 | David B. Ross | 0.25 | 96.25 | Attention to correspondence. |
| 6/10/2002 | Invoice=792725 | 0 | 0 | |
| 4/19/2002 | David B. Ross | 0.25 | 96.25 | Telephone conference with Ian Morrison. |
| 6/10/2002 | Invoice=792725 | 0 | 0 | |
| 4/19/2002 | David B. Ross | 0.25 | 96.25 | Telephone conference with Ian Morrison and U. |
| 6/10/2002 | Invoice=792725 | 0 | 0 | Emuleomo. |
| 4/25/2002 | David B. Ross | 0.25 | 96.25 | Exchange of emails with I. Morrison. |
| 6/10/2002 | Invoice=792725 | 0 | 0 | |
| 4/29/2002 | David B. Ross | 0.25 | 96.25 | Telephone conference with Ian Morrison. |
| 6/10/2002 | Invoice=792725 | 0 | 0 | |
| 5/8/2002 | David B. Ross | 0.25 | 96.25 | Conference with M. Faber re: status and follow |
| 6/10/2002 | Invoice=796983 | 0 | 0 | up with I. Morrison. |
| 5/10/2002 | David B. Ross | 0.25 | 96.25 | Telephone conference with I. Morrison re: |
| 6/10/2002 | Invoice=796983 | 0 | 0 | pleading. |
| 5/10/2002 | David B. Ross | 1 | 385 | Review and revise same. |
| 6/10/2002 | Invoice=796983 | 0 | 0 | |
| 5/13/2002 | David B. Ross | 0.5 | 192.5 | telephone conference with I. Morrison re: draft |
| 6/10/2002 | Invoice=796983 | 0 | 0 | complaint and strategy concerning same. |
| 5/13/2002 | David B. Ross | 2.25 | 866.25 | Review and revise complaint. |
| 6/10/2002 | Invoice=796983 | 0 | 0 | |

Exhibit 1

| Date | Name/Invoice | Hours | Amount | Description |
|---|---|---|---|---|
| 5/16/2002 | David B. Ross | 0.25 | 96.25 | Telephone conference with I. Morrison re: |
| 6/10/2002 | Invoice=796983 | 0 | 0 | complaint. |
| 5/30/2002 | David B. Ross | 0.5 | 192.5 | Telephone conference with I. Morrison |
| 6/10/2002 | Invoice=796983 | 0 | 0 | |
| 6/19/2002 | David B. Ross | 0.25 | 96.25 | Telephone conference with I. Morrison and |
| 7/31/2002 | Invoice=804138 | 0 | 0 | telephone conference with L. Katz re: status of complaint. |
| 6/21/2002 | David B. Ross | 0.25 | 96.25 | Telephone conference with L. Katz re: same. |
| 7/31/2002 | Invoice=804138 | 0 | 0 | |
| 6/24/2002 | David B. Ross | 0.5 | 192.5 | Review and edit complaint. |
| 7/31/2002 | Invoice=804138 | 0 | 0 | |
| 6/24/2002 | David B. Ross | 0.5 | 192.5 | Extended telephone conference with I. Morrison |
| 7/31/2002 | Invoice=804138 | 0 | 0 | re: review of complaint and related issues. |
| 6/28/2002 | David B. Ross | 0.25 | 96.25 | exchange of emails with I. Morrison and final |
| 7/31/2002 | Invoice=804138 | 0 | 0 | attention to complaint. |
| 7/1/2002 | David B. Ross | 0.25 | 96.25 | Telephone conference with I. Morrison to review |
| 8/19/2002 | Invoice=808830 | 0.25 | 96.25 | revisions to complaint. |
| 7/2/2002 | David B. Ross | 0.5 | 192.5 | Telephone conference with I. Morrison re: |
| 8/19/2002 | Invoice=808830 | 0.5 | 192.5 | complaint and final revisions, pending additional investigation results. |
| 11/12/2002 | David B. Ross | 0.25 | 96.25 | Telephone conference with I. Morrison. |
| 12/6/2002 | Invoice=833603 | 0.25 | 96.25 | |
| 11/19/2002 | David B. Ross | 0.25 | 96.25 | Telephone conference with I. Morrison. |
| 12/6/2002 | Invoice=833603 | 0.25 | 96.25 | |
| 11/20/2002 | David B. Ross | 0.25 | 96.25 | Attention to correspondence and status of case. |
| 12/6/2002 | Invoice=833603 | 0.25 | 96.25 | |
| 11/21/2002 | David B. Ross | 0.25 | 96.25 | Attention to case management plan. |
| 12/6/2002 | Invoice=833603 | 0.25 | 96.25 | |
| 12/3/2002 | David B. Ross | 0.25 | 96.25 | Attention to discovery plan and related court |
| 4/1/2003 | Invoice=842888 | 0.25 | 96.25 | filing. |
| 2/24/2003 | David B. Ross | 0.25 | 98.75 | Interoffice conference with I. Morrison. |
| 7/5/2003 | Invoice=855290 | 0.25 | 98.75 | |
| 3/18/2003 | David B. Ross | 0.5 | 197.5 | Telephone conference with I. Morrison re: |
| 7/10/2003 | Invoice=865807 | 0.5 | 197.5 | strategy and settlement options. |
| 3/26/2003 | David B. Ross | 0.25 | 98.75 | Telephone conference with I. Morrison. |
| 7/10/2003 | Invoice=865807 | 0.25 | 98.75 | |
| 4/25/2003 | David B. Ross | 0.25 | 98.75 | Review of last two days of transcript and |
| 7/15/2003 | Invoice=866139 | 0.25 | 98.75 | notes; in preparation of witness outlines. |
| 6/10/2003 | David B. Ross | 0.25 | 98.75 | Exchange of message re: settlement issues with |
| 7/31/2003 | Invoice=880329 | 0.25 | 98.75 | Ian Morrison. |

| Date | Name/Invoice | Hours | Amount | Description |
|---|---|---|---|---|
| 6/11/2003 | David B. Ross | 0.5 | 197.5 | Telephone calls with Ian Morrison re: |
| 7/31/2003 | Invoice=880329 | 0.5 | 197.5 | settlement strategy and summary judgment issues. |
| 6/30/2003 | David B. Ross | 0.25 | 98.75 | Telephone call with Ian Morrison re: status of |
| 7/31/2003 | Invoice=880329 | 0.25 | 98.75 | settlement discussions. |
| 8/12/2003 | David B. Ross | 0.25 | 98.75 | Telephone call with Ian Morrison re: current |
| 9/11/2003 | Invoice=891983 | 0.25 | 98.75 | settlement and discovery status. |
| 10/31/2003 | David B. Ross | 0.25 | 98.75 | Telephone call update with I. Morrison |
| 12/1/2003 | Invoice=913369 | 0.25 | 98.75 | regarding status of discovery and summary judgment planning. |
| 12/29/2003 | David B. Ross | 0.25 | 107.5 | Exchange of email correspondence with Ian |
| 11/19/2004 | Invoice=1066164 | 0 | 0 | Morrison. |
| 3/8/2004 | David B. Ross | 0.25 | 105 | Exchange of email with Ian Morrison regarding |
| 11/24/2004 | Invoice=1067633 | 0 | 0 | case management. |
| 3/17/2004 | David B. Ross | 0.25 | 105 | Attention to correspondence on case status. |
| 11/24/2004 | Invoice=1067633 | 0 | 0 | |
| 3/22/2004 | David B. Ross | 0.25 | 105 | Attention to discovery planning with Ian |
| 11/24/2004 | Invoice=1067633 | 0 | 0 | Morrison. |
| 4/6/2004 | David B. Ross | 0.25 | 105 | Review risk assessment and exchange of email |
| 11/25/2004 | Invoice=1067712 | 0 | 0 | correspondence with Ian Morrison regarding same. |
| 4/26/2004 | David B. Ross | 0.25 | 105 | Attention to email correspondence. |
| 11/25/2004 | Invoice=1067712 | 0 | 0 | |
| 6/18/2004 | David B. Ross | 0.25 | 105 | Exchange of email correspondence with Ian |
| 11/27/2004 | Invoice=1067881 | 0 | 0 | Morrison regarding status of case. |
| 6/23/2004 | David B. Ross | 0.25 | 105 | Telephone call with Ian Morrison regarding |
| 11/27/2004 | Invoice=1067881 | 0 | 0 | status of case. |
| 6/23/2004 | David B. Ross | 0.25 | 105 | Telephone call with Ian Morrison regarding |
| 11/27/2004 | Invoice=1067881 | 0 | 0 | status of case. |
| 7/29/2004 | David B. Ross | 0.25 | 105 | Exchange of email correspondence with Ian |
| 11/28/2004 | Invoice=1067984 | 0 | 0 | Morrison regarding new developments. |
| 8/27/2004 | David B. Ross | 0.25 | 105 | Email correspondence with I. Morrison regarding |
| 11/29/2004 | Invoice=1068079 | 0 | 0 | strategy for pursuing remaining issues after summary judgment. |
| 9/7/2004 | David B. Ross | 0.25 | 105 | Inter-office conference with Ian Morrison. |
| 11/30/2004 | Invoice=1068106 | 0 | 0 | |
| 10/12/2004 | David B. Ross | 0.25 | 105 | Exchange of email correspondence with Ian |
| 11/1/2004 | Invoice=1068154 | 0 | 0 | Morrison regarding settlement. |
| 11/3/2004 | David B. Ross | 0.25 | 105 | Email correspondence with I. Morrison regarding settlement developments. |

| Date | Name/Invoice | Hours | Amount | Description |
|---|---|---|---|---|
| 4/5/2002 | Ian H. Morrison | 3.75 | 900 | Review RCRM memorandum regarding sales |
| 6/10/2002 | Invoice=792725 | 0 | 0 | practices of former agent Palaypu; telephone |
| | | | | conference with U. Emuleomo and compensation |
| | | | | managers to discuss amounts owed by agent to |
| | | | | Prudential; telephone conferences with U. |
| | | | | Emuleomo and J. Magruder and C. Laugen |
| | | | | regarding background of potential case. |
| 4/8/2002 | Ian H. Morrison | 3 | 720 | Review compensation policies and agent |
| 6/10/2002 | Invoice=792725 | 0 | 0 | contracts received from client; draft demand |
| | | | | letter to L. Palaypu for repayment of |
| | | | | indebtedness. |
| 4/9/2002 | Ian H. Morrison | 0.5 | 120 | Revise demand letter to former agent. |
| 6/10/2002 | Invoice=792725 | 0 | 0 | |
| 4/11/2002 | Ian H. Morrison | 0.2 | 48 | Receipt and review of correspondence from U. |
| 6/10/2002 | Invoice=792725 | 0 | 0 | Emuleomo regarding Palyapu's compensation. |
| 4/15/2002 | Ian H. Morrison | 0.75 | 180 | Telephone conference with A. Bebon regarding |
| 6/10/2002 | Invoice=792725 | 0 | 0 | background of case. |
| 4/15/2002 | Ian H. Morrison | 0.75 | 180 | Telephone conference with R. Shepard regarding |
| 6/10/2002 | Invoice=792725 | 0 | 0 | draft demand letter; revise demand letter. |
| 4/17/2002 | Ian H. Morrison | 1.5 | 360 | Review correspondence from client regarding |
| 6/10/2002 | Invoice=792725 | 0 | 0 | investigation of Palaypu; telephone conference |
| | | | | with U. Emuleomo regarding demand letter; |
| | | | | revise and send letter; correspondence with D. |
| | | | | Ross regarding case status. |
| 4/17/2002 | Ian H. Morrison | 0.25 | 60 | Investigate options for venue of potential |
| 6/10/2002 | Invoice=792725 | 0 | 0 | lawsuit against former agent. |
| 4/18/2002 | Ian H. Morrison | 0.5 | 120 | Receipt and review of correspondence from L. |
| 6/10/2002 | Invoice=792725 | 0 | 0 | Palaypu responding to demand letter; transmit |
| | | | | same to client for review; telephone conference |
| | | | | with U. Emuleomo regarding same and review |
| | | | | correspondence from H. Gurian regarding claim. |
| 4/19/2002 | Ian H. Morrison | 0.75 | 180 | Telephone conference with U. Emuleomo regarding |
| 6/10/2002 | Invoice=792725 | 0 | 0 | strategy for case; telephone conference with D. |
| | | | | Ross and U. Emuleomo regarding same. |
| 4/22/2002 | Ian H. Morrison | 0.25 | 60 | Telephone conference with R. Shepard and A. |
| 6/10/2002 | Invoice=792725 | 0 | 0 | Verrios regarding L. Palaypu's compensation. |
| 4/23/2002 | Ian H. Morrison | 0.6 | 144 | Telephone conference with A. Andaloro regarding |
| 6/10/2002 | Invoice=792725 | 0 | 0 | investigation of L. Palaypu check writing; |
| | | | | telephone conference with L. Palaypu regarding |
| | | | | his position on the case. |
| 4/24/2002 | Ian H. Morrison | 2 | 480 | Begin preparation of proposed complaint. |
| 6/10/2002 | Invoice=792725 | 0 | 0 | |
| 4/24/2002 | Ian H. Morrison | 1 | 240 | Further review of company records to develop |
| 6/10/2002 | Invoice=792725 | 0 | 0 | facts to support complaint; telephone |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | conference with C. Laugen regarding same. |
| 4/25/2002 | Ian H. Morrison | 0.75 | 180 | Further study of compliance investigation |
| 6/10/2002 | Invoice=792725 | 0 | 0 | report to identify documents needed for drafting of complaint; review documents regarding L. Palaypu's life insurance sales. |
| 4/25/2002 | Ian H. Morrison | 2 | 480 | Continue preparation of draft complaint. |
| 6/10/2002 | Invoice=792725 | 0 | 0 | |
| 4/25/2002 | Ian H. Morrison | 0.3 | 72 | Telephone conference with U. Emuleomo regarding |
| 6/10/2002 | Invoice=792725 | 0 | 0 | strategy for case and communications with L. Palaypu. |
| 4/25/2002 | Ian H. Morrison | 0.5 | 120 | Receipt and review of second letter from L. |
| 6/10/2002 | Invoice=792725 | 0 | 0 | Palaypu; forward same to client for review. |
| 4/26/2002 | Ian H. Morrison | 0.3 | 72 | Telephone conference with investigators from |
| 6/10/2002 | Invoice=792725 | 0 | 0 | CID regarding their investigation of L. Palaypu. |
| 4/29/2002 | Ian H. Morrison | 0.4 | 96 | Telephone conference with C. Laugen regarding |
| 6/10/2002 | Invoice=792725 | 0 | 0 | obtaining copies of documents to substantiate claims; communicate with R. Shepard regarding further information needed to draft complaint. |
| 4/29/2002 | Ian H. Morrison | 0.25 | 60 | Direction to C. Casazza regarding legal |
| 6/10/2002 | Invoice=792725 | 0 | 0 | research on claims against Palaypu. |
| 4/30/2002 | Ian H. Morrison | 2.2 | 528 | Telephone conference with R. Shepard regarding |
| 6/10/2002 | Invoice=792725 | 0 | 0 | audit of Palaypu's account; review of RCRM discipline binder; review and analysis of Palaypu's checks and audit of his account in order to draft complaint. |
| 5/3/2002 | Ian H. Morrison | 0.3 | 72 | Telephone conference with U. Emuleomo regarding |
| 6/10/2002 | Invoice=796983 | 0 | 0 | status of investigation and strategy for proceeding. |
| 5/5/2002 | Ian H. Morrison | 1 | 240 | Correspondence with R. Shepard and C. Laugen |
| 6/10/2002 | Invoice=796983 | 0 | 0 | regarding further factual information and documents needed. |
| 5/5/2002 | Ian H. Morrison | 3 | 720 | Preparation of complaint against L. Palaypu; |
| 6/10/2002 | Invoice=796983 | 0 | 0 | review of legal research from C. Casazza regarding potential causes of action. |
| 5/6/2002 | Ian H. Morrison | 0.1 | 24 | Telephone conference with L. Katz regarding |
| 6/10/2002 | Invoice=796983 | 0 | 0 | status of case. |
| 5/8/2002 | Ian H. Morrison | 1 | 240 | Telephone conference with R. Shepard regarding |
| 6/10/2002 | Invoice=796983 | 0 | 0 | audit of Palaypu's PCA account. |
| 5/8/2002 | Ian H. Morrison | 1 | 240 | Revise draft complaint against Palaypu. |
| 6/10/2002 | Invoice=796983 | 0 | 0 | |
| 5/9/2002 | Ian H. Morrison | 3.25 | 780 | Revise draft complaint against L. Palaypu; |
| 6/10/2002 | Invoice=796983 | 0 | 0 | review SSPlus and Premier program materials to |

| Date | Name/Invoice | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | draft allegations regarding overpayment of bonuses. |
| 5/10/2002 | Ian H. Morrison | 1 | 240 | Revise complaint against L. Palaypu. |
| 6/10/2002 | Invoice=796983 | 0 | 0 | |
| 5/13/2002 | Ian H. Morrison | 1 | 240 | Revise complaint. |
| 6/10/2002 | Invoice=796983 | 0 | 0 | |
| 5/13/2002 | Ian H. Morrison | 0.5 | 120 | Conference with D. Ross regarding drafting of complaint and revisions to same. |
| 6/10/2002 | Invoice=796983 | 0 | 0 | |
| 5/14/2002 | Ian H. Morrison | 1.75 | 420 | Receipt and review of D. Ross mark-up of draft complaint; revise same and draft additional claim under Uniform Commercial Code. |
| 6/10/2002 | Invoice=796983 | 0 | 0 | |
| 5/15/2002 | Ian H. Morrison | 0.25 | 60 | Telephone conference with T. McMenamy regarding his investigation of L. Palaypu. |
| 6/10/2002 | Invoice=796983 | 0 | 0 | |
| 5/15/2002 | Ian H. Morrison | 0.25 | 60 | Revise draft complaint; draft correspondence to L. Katz regarding same. |
| 6/10/2002 | Invoice=796983 | 0 | 0 | |
| 5/17/2002 | Ian H. Morrison | 0.75 | 180 | Telephone conference with L. Katz regarding draft complaint; revise complaint. |
| 6/10/2002 | Invoice=796983 | 0 | 0 | |
| 5/20/2002 | Ian H. Morrison | 0.25 | 60 | Correspondence with D. Ross regarding draft complaint and strategy issues. |
| 6/10/2002 | Invoice=796983 | 0 | 0 | |
| 5/30/2002 | Ian H. Morrison | 0.25 | 60 | Telephone conference with D. Ross to discuss draft complaint and case strategy. |
| 6/10/2002 | Invoice=796983 | 0 | 0 | |
| 6/8/2002 | Ian H. Morrison | 1.4 | 336 | Revise complaint to remove certain counts and add information pertinent to UCC claim. |
| 7/31/2002 | Invoice=804138 | 0 | 0 | |
| 6/10/2002 | Ian H. Morrison | 0.2 | 48 | Telephone conference with U. Emuleomo regarding case status. |
| 7/31/2002 | Invoice=804138 | 0 | 0 | |
| 6/12/2002 | Ian H. Morrison | 0.2 | 48 | Review C. Jackson comments concerning complaint; revise complaint based upon same. |
| 7/31/2002 | Invoice=804138 | 0 | 0 | |
| 6/14/2002 | Ian H. Morrison | 0.25 | 60 | Telephone conference with L. Katz regarding revisions to complaint. |
| 7/31/2002 | Invoice=804138 | 0 | 0 | |
| 6/15/2002 | Ian H. Morrison | 0.75 | 180 | Edit complaint to prepare it for filing. |
| 7/31/2002 | Invoice=804138 | 0 | 0 | |
| 6/17/2002 | Ian H. Morrison | 1.3 | 312 | Receipt and review of correspondence from R. Shepard regarding proposed revisions to complaint; revise complaint based upon same. |
| 7/31/2002 | Invoice=804138 | 0 | 0 | |
| 7/1/2002 | Ian H. Morrison | 0.6 | 144 | Review status of complaint; correspondence with L. Katz regarding preparation of same for filing; telephone conference with D. Ross regarding revisions to complaint. |
| 8/19/2002 | Invoice=808830 | 0.75 | 180 | |
| 7/2/2002 | Ian H. Morrison | 1.6 | 384 | Telephone conference with R. Shepard regarding draft complaint; revise same and transmit to L. Katz for review; telephone conferences with L. |
| 8/19/2002 | Invoice=808830 | 1.75 | 420 | |

| Date | Attorney/Invoice | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | Katz and D. Ross regarding filing of complaint. |
| 7/8/2002 | Ian H. Morrison | 0.7 | 168 | Review of additional report from corporate |
| 8/19/2002 | Invoice=808830 | 0.75 | 180 | security; compare same to complaint; prepare correspondence to T. McMenamy. |
| 7/9/2002 | Ian H. Morrison | 1.1 | 264 | Review and revise complaint in preparation for |
| 8/19/2002 | Invoice=808830 | 1.25 | 300 | filing of same with court. |
| 7/10/2002 | Ian H. Morrison | 0.5 | 120 | Finalize and assemble complaint for filing with |
| 8/19/2002 | Invoice=808830 | 0.5 | 120 | court; prepare summons, appearances, and civil cover sheet for filing; draft correspondence to the clerk of court regarding filing of complaint. |
| 7/12/2002 | Ian H. Morrison | 0.2 | 48 | Telephone conference with L. Katz regarding |
| 8/19/2002 | Invoice=808830 | 0.25 | 60 | case status; prepare email to D. Ross regarding same. |
| 7/15/2002 | Ian H. Morrison | 0.5 | 120 | receipt and review of minute order describing |
| 8/19/2002 | Invoice=808830 | 0.5 | 120 | pretrial procedures; arrange for service of complaint; correspondence with L. Katz regarding same. |
| 8/23/2002 | Ian H. Morrison | 0.5 | 120 | Review district court docket, make arrangements |
| 9/30/2002 | Invoice=816876 | 0.5 | 120 | with court to obtain copy of plaintiff's response to complaint. |
| 8/29/2002 | Ian H. Morrison | 0.75 | 180 | Review of defendants' response to complaint; |
| 9/30/2002 | Invoice=816876 | 0.75 | 180 | prepare correspondence to U. Emuleomo regarding |
| 9/3/2002 | Ian H. Morrison | 0.25 | 60 | Telephone conference with U. Emuleomo regarding |
| 10/24/2002 | Invoice=822278 | 0.25 | 60 | case status and strategy. |
| 9/19/2002 | Ian H. Morrison | 0.25 | 60 | Telephone conference with U. Emuleomo regarding |
| 10/24/2002 | Invoice=822278 | 0.25 | 60 | case strategy. |
| 9/19/2002 | Ian H. Morrison | 0.25 | 60 | Correspondence with D. Ross regarding same. |
| 10/24/2002 | Invoice=822278 | 0.25 | 60 | |
| 10/2/2002 | Ian H. Morrison | 1.5 | 360 | Revision of motion to strike Palaypu's response |
| 11/18/2002 | Invoice=827596 | 1.5 | 360 | to complaint; preparation of brief in support of same; review local rules on motion practice and research standards for motions to strike answer. |
| 10/3/2002 | Ian H. Morrison | 0.5 | 120 | Revise motion to strike answer; search for case |
| 11/18/2002 | Invoice=827596 | 0.5 | 120 | support for same; transmit same to client for review. |
| 11/1/2002 | Ian H. Morrison | 0.75 | 180 | Revise motion to strike defendant's response to |
| 12/6/2002 | Invoice=833603 | 0.75 | 180 | the complaint; transmit same to court clerk for filing. |
| 11/12/2002 | Ian H. Morrison | 1.25 | 300 | Prepare proposed discovery plan and |
| 12/6/2002 | Invoice=833603 | 1.25 | 300 | correspondence to U. Emuleomo regarding same. |
| 11/13/2002 | Ian H. Morrison | 0.25 | 60 | Telephone conference with U. Emuleomo regarding |

| Date | Description | Hours | Amount | Narrative |
|---|---|---|---|---|
| 12/6/2002 | Invoice=833603 | 0.25 | 60 | discovery plan; telephone conference with L. Palaypu regarding same. |
| 11/14/2002 | Ian H. Morrison | 0.25 | 60 | Telephone conference with L. Palaypu regarding |
| 12/6/2002 | Invoice=833603 | 0.25 | 60 | joint proposed discovery plan. |
| 11/15/2002 | Ian H. Morrison | 0.25 | 60 | Review docket sheet and prepare correspondence |
| 12/6/2002 | Invoice=833603 | 0.25 | 60 | to plaintiff regarding filing of "response to proposed discovery plan." |
| 11/19/2002 | Ian H. Morrison | 1 | 240 | Review plaintiff's response to proposed |
| 12/6/2002 | Invoice=833603 | 1 | 240 | discovery plan; prepare reply to plaintiff's response to proposed discovery plan; contact court regarding filing of same. |
| 11/20/2002 | Ian H. Morrison | 1.5 | 360 | Review defendants' submissions regarding joint |
| 12/6/2002 | Invoice=833603 | 1.5 | 360 | proposed discovery plan; revise plan and prepare correspondence to defendant regarding same. |
| 11/21/2002 | Ian H. Morrison | 2.25 | 540 | Review correspondence from L. Palaypu and most |
| 12/6/2002 | Invoice=833603 | 2.25 | 540 | recent court filing; revise proposed joint discovery plan and communicate with L. Palaypu regarding same. |
| 11/22/2002 | Ian H. Morrison | 0.75 | 180 | Communications with L. Palaypu regarding |
| 12/6/2002 | Invoice=833603 | 0.75 | 180 | discovery plan; revise same and file with court; prepare correspondence to U. Emuleomo regarding same. |
| 12/2/2002 | Ian H. Morrison | 0.25 | 60 | Make arrangements for telephone status |
| 4/1/2003 | Invoice=842888 | 0.25 | 60 | conference. |
| 12/4/2002 | Ian H. Morrison | 0.75 | 180 | Preparation for and representation during |
| 4/1/2003 | Invoice=842888 | 0.75 | 180 | initial Rule 16 conference. |
| 1/10/2003 | Ian H. Morrison | 0.25 | 65 | Review of plaintiff's motion for relief from |
| 7/1/2003 | Invoice=862935 | 0.25 | 65 | the complaint. |
| 1/12/2003 | Ian H. Morrison | 0.25 | 65 | Prepare correspondence to U. Emuleomo regarding |
| 7/1/2003 | Invoice=862935 | 0.25 | 65 | Palaypu's motion to dismiss and for leave to file counterclaims. |
| 1/13/2003 | Ian H. Morrison | 0.5 | 130 | Telephone conference with U. Emuleomo regarding |
| 7/1/2003 | Invoice=862935 | 0.5 | 130 | case strategy; telephone call to court regarding status hearing. |
| 1/15/2003 | Ian H. Morrison | 1.5 | 390 | Preparation for and representation during |
| 7/1/2003 | Invoice=862935 | 1.5 | 390 | telephonic Rule 16 conference; report to client regarding same. |
| 1/30/2003 | Ian H. Morrison | 0.5 | 130 | Telephone conference with C. Laugen regarding |
| 7/1/2003 | Invoice=862935 | 0.5 | 130 | L. Palaypu's registration with Princor Financial Services, prepare memorandum to file regarding same. |
| 2/24/2003 | Ian H. Morrison | 0.25 | 65 | Conference with D. Ross regarding case |
| 7/5/2003 | Invoice=855290 | 0.25 | 65 | strategy. |

| Date | Name/Invoice | Hours | Amount | Description |
|---|---|---|---|---|
| 3/18/2003 | Ian H. Morrison | 0.25 | 65 | Telephone conference with D. Ross regarding |
| 7/10/2003 | Invoice=865807 | 0.25 | 65 | case strategy. |
| 3/19/2003 | Ian H. Morrison | 6 | 1,560.00 | Preparation for and representation at in-person |
| 7/10/2003 | Invoice=865807 | 6 | 1,560.00 | status hearing; travel by car to same; prepare correspondence to U. Emuleomo regarding same. |
| 4/21/2003 | Ian H. Morrison | 3 | 780 | Review of file in preparation for meeting with |
| 7/15/2003 | Invoice=866139 | 3 | 780 | L. Palaypu; conference with L. Palaypu to discuss settlement proposal; review same and prepare correspondence regarding meeting to U. Emuleomo. |
| 4/22/2003 | Ian H. Morrison | 0.25 | 65 | Prepare correspondence to opposing counsel |
| 7/15/2003 | Invoice=866139 | 0.25 | 65 | regarding extension of Rule 26(a)(1) deadline. |
| 4/25/2003 | Ian H. Morrison | 0.25 | 65 | Telephone conference with U. Emuleomo regarding |
| 7/15/2003 | Invoice=866139 | 0.25 | 65 | settlement prospects; prepare memorandum to D. Ross regarding same. |
| 4/28/2003 | Ian H. Morrison | 0.75 | 195 | Prepare case assessment and status memorandum. |
| 7/15/2003 | Invoice=866139 | 0.75 | 195 | |
| 5/5/2003 | Ian H. Morrison | 0.5 | 130 | Revise case status memorandum. |
| 7/20/2003 | Invoice=874994 | 0.5 | 130 | |
| 5/6/2003 | Ian H. Morrison | 1.5 | 390 | Preparation of Prudential's initial |
| 7/20/2003 | Invoice=874994 | 1.5 | 390 | disclosures. |
| 5/7/2003 | Ian H. Morrison | 0.25 | 65 | Review correspondence from L. Palaypu regarding |
| 7/20/2003 | Invoice=874994 | 0.25 | 65 | discovery and settlement; prepare correspondence to U. Emuleomo regarding same. |
| 5/8/2003 | Ian H. Morrison | 0.5 | 130 | Telephone conference with U. Emuleomo regarding |
| 7/20/2003 | Invoice=874994 | 0.5 | 130 | initial disclosures; finalize and serve initial disclosures. |
| 6/10/2003 | Ian H. Morrison | 0.25 | 65 | Revise case status memo and prepare |
| 7/31/2003 | Invoice=880329 | 0.25 | 65 | correspondence regarding same to D. Ross. |
| 6/11/2003 | Ian H. Morrison | 1.25 | 325 | Telephone conference with D. Ross regarding |
| 7/31/2003 | Invoice=880329 | 1.25 | 325 | strategy for attempting to resolve lawsuit; revise status report and direction to J. Friedman regarding research on New Jersey contract law. |
| 6/16/2003 | Ian H. Morrison | 0.75 | 195 | Revise case assessment memorandum to client. |
| 7/31/2003 | Invoice=880329 | 0.75 | 195 | |
| 6/17/2003 | Ian H. Morrison | 0.25 | 65 | Conference with J. Friedman regarding research |
| 7/31/2003 | Invoice=880329 | 0.25 | 65 | on New Jersey contract issues raised by claims against Palaypu. |
| 7/1/2003 | Ian H. Morrison | 0.75 | 195 | Review of plaintiff's initial disclosures; |
| 8/27/2003 | Invoice=885835 | 0.75 | 195 | prepare correspondence regarding same to U. Emuleomo; prepare follow up correspondence to defendant regarding same. |

| Date | Name/Invoice | Hours | Amount | Description |
|---|---|---|---|---|
| 8/25/2003 | Ian H. Morrison | 0.25 | 65 | Prepare correspondence to U. Emuleomo regarding |
| 9/11/2003 | Invoice=891983 | 0.25 | 65 | status of case and proceeding with discovery. |
| 9/2/2003 | Ian H. Morrison | 0.25 | 65 | Direction to J. Friedman regarding preparation |
| 10/10/2003 | Invoice=902810 | 0.25 | 65 | of written discovery requests. |
| 9/8/2003 | Ian H. Morrison | 0.25 | 65 | Conference with J. Friedman regarding |
| 10/10/2003 | Invoice=902810 | 0.25 | 65 | preparation of document requests to plaintiff. |
| 10/9/2003 | Ian H. Morrison | 0.5 | 130 | Draft and revise document requests to |
| 12/1/2003 | Invoice=913369 | 0.5 | 130 | defendant. |
| 10/10/2003 | Ian H. Morrison | 0.5 | 130 | Revise first set of document requests to |
| 12/1/2003 | Invoice=913369 | 0.5 | 130 | plaintiff. |
| 10/30/2003 | Ian H. Morrison | 0.25 | 65 | Serve document requests on defendant; prepare |
| 12/1/2003 | Invoice=913369 | 0.25 | 65 | correspondence to defendant regarding same; prepare and serve notice of deposition on defendant. |
| 10/31/2003 | Ian H. Morrison | 1 | 260 | Telephone conference with defendant regarding |
| 12/1/2003 | Invoice=913369 | 1 | 260 | his request for additional time to respond to discovery; prepare agreed motion to extend discovery cutoff; prepare correspondence to U. Emuleomo regarding same; telephone conference with defendant regarding motion. |
| 11/13/2003 | Ian H. Morrison | 0.25 | 65 | Prepare memorandum to U. Emuleomo regarding |
| 12/3/2003 | Invoice=927190 | 0.25 | 65 | discovery conference with judge and possibility of mediation. |
| 11/19/2003 | Ian H. Morrison | 2 | 520 | Review plaintiff's motion to postpone case by |
| 12/3/2003 | Invoice=927190 | 2 | 520 | six months; prepare memorandum regarding same to U. Emuleomo. |
| 11/20/2003 | Ian H. Morrison | 1.25 | 325 | Review of file materials to prepare for court |
| 12/3/2003 | Invoice=927190 | 1.25 | 325 | hearing; representation at hearing. |
| 11/20/2003 | Ian H. Morrison | 0.25 | 65 | Review correspondence and voicemail from |
| 12/3/2003 | Invoice=927190 | 0.25 | 65 | defendant regarding request for settlement demand. |
| 11/22/2003 | Ian H. Morrison | 0.25 | 65 | Prepare correspondence to defendant regarding |
| 12/3/2003 | Invoice=927190 | 0.25 | 65 | various discovery matters. |
| 12/1/2003 | Ian H. Morrison | 0.25 | 65 | Review voicemail from defendant regarding |
| 11/19/2004 | Invoice=1066164 | 0 | 0 | deposition, document production and other matters. |
| 12/3/2003 | Ian H. Morrison | 0.25 | 65 | Review defendant's response to request for |
| 11/19/2004 | Invoice=1066164 | 0 | 0 | production of documents. |
| 12/10/2003 | Ian H. Morrison | 0.25 | 65 | Conference with J. Freidman regarding |
| 11/19/2004 | Invoice=1066164 | 0 | 0 | preparation of discovery letter to defendant regarding document production. |
| 12/12/2003 | Ian H. Morrison | 1 | 260 | Revise letter to defendant regarding his |

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 11/19/2004 | Invoice=1066164 | 0 | 0 | deficient responses to document requests. |
| 12/15/2003 | Ian H. Morrison | 1.5 | 390 | Continue drafting letter to defendant regarding |
| 11/19/2004 | Invoice=1066164 | 0 | 0 | his production of documents and analysis of defendant's discovery responses. |
| 12/16/2003 | Ian H. Morrison | 0.75 | 195 | Revise letter to defendant regarding |
| 11/19/2004 | Invoice=1066164 | 0 | 0 | deficiencies in his document production. |
| 12/23/2003 | Ian H. Morrison | 0.25 | 65 | Revise letter to defendant regarding compliance |
| 11/19/2004 | Invoice=1066164 | 0 | 0 | with discovery requests. |
| 1/29/2004 | Ian H. Morrison | 0.5 | 142.5 | Review of defendant's discovery requests to |
| 11/22/2004 | Invoice=1067171 | 0 | 0 | Prudential. |
| 2/4/2004 | Ian H. Morrison | 0.25 | 71.25 | Prepare correspondence to U. Emuleomo regarding |
| 11/23/2004 | Invoice=1067561 | 0 | 0 | plaintiff's discovery requests. |
| 2/24/2004 | Ian H. Morrison | 0.5 | 142.5 | Revise objections to defendant's discovery |
| 11/23/2004 | Invoice=1067561 | 0 | 0 | requests. |
| 3/2/2004 | Ian H. Morrison | 0.25 | 71.25 | Review file to determine scope of documents |
| 11/24/2004 | Invoice=1067633 | 0 | 0 | needed for production to plaintiff. |
| 3/3/2004 | Ian H. Morrison | 3 | 855 | Review and revise draft responses to |
| 11/24/2004 | Invoice=1067633 | 0 | 0 | defendant's discovery requests. |
| 3/4/2004 | Ian H. Morrison | 0.25 | 71.25 | Prepare correspondence to defendant regarding |
| 11/24/2004 | Invoice=1067633 | 0 | 0 | various discovery matters. |
| 3/5/2004 | Ian H. Morrison | 0.75 | 213.75 | Review of documents received from T. McNemany |
| 11/24/2004 | Invoice=1067633 | 0 | 0 | regarding L. Palaypu. |
| 3/8/2004 | Ian H. Morrison | 0.5 | 142.5 | Revise responses to plaintiff's document |
| 11/24/2004 | Invoice=1067633 | 0 | 0 | requests. |
| 3/12/2004 | Ian H. Morrison | 1 | 285 | Review documents prior to production in |
| 11/24/2004 | Invoice=1067633 | 0 | 0 | response to plaintiff's document requests; conference with J. Friedman regarding same. |
| 3/15/2004 | Ian H. Morrison | 0.25 | 71.25 | Prepare correspondence to defendant regarding |
| 11/24/2004 | Invoice=1067633 | 0 | 0 | deposition and outstanding discovery responses. |
| 3/17/2004 | Ian H. Morrison | 1.25 | 356.25 | Review correspondence from defendant regarding |
| 11/24/2004 | Invoice=1067633 | 0 | 0 | discovery matters; draft responses to same; telephone conference with R. Shepard regarding production of documents. |
| 3/22/2004 | Ian H. Morrison | 0.25 | 71.25 | Prepare email to U. Emuleomo regarding |
| 11/24/2004 | Invoice=1067633 | 0 | 0 | plaintiff's deposition. |
| 3/24/2004 | Ian H. Morrison | 0.5 | 142.5 | Telephone conference with U. Emuleomo regarding |
| 11/24/2004 | Invoice=1067633 | 0 | 0 | case status and strategy; review correspondence from defendant regarding settlement; respond to same. |
| 3/24/2004 | Ian H. Morrison | 1 | 285 | Begin to prepare outline for deposition of |
| 11/24/2004 | Invoice=1067633 | 0 | 0 | defendant. |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 3/25/2004 | Ian H. Morrison | 5 | 1,425.00 | Review file material to prepare for deposition |
| 11/24/2004 | Invoice=1067633 | 0 | 0 | of L. Palaypu. |
| 3/26/2004 | Ian H. Morrison | 9 | 2,565.00 | Prepare for and take deposition of L. Palaypu. |
| 11/24/2004 | Invoice=1067633 | 0 | 0 | |
| 3/27/2004 | Ian H. Morrison | 0.5 | 142.5 | Prepare memorandum to U. Emuleomo regarding |
| 11/24/2004 | Invoice=1067633 | 0 | 0 | deposition of L. Palaypu. |
| 3/30/2004 | Ian H. Morrison | 0.5 | 142.5 | Telephone conference with U. Emuleomo regarding |
| 11/24/2004 | Invoice=1067633 | 0 | 0 | settlement; begin preparing status memo regarding same. |
| 4/5/2004 | Ian H. Morrison | 0.75 | 213.75 | Revise case status memorandum to U. Emuleomo. |
| 11/25/2004 | Invoice=1067712 | 0 | 0 | |
| 4/6/2004 | Ian H. Morrison | 0.5 | 142.5 | Telephone conferences with S. Crainer regarding |
| 11/25/2004 | Invoice=1067712 | 0 | 0 | tax treatment of forgiven debt owed by Palaypu. |
| 4/20/2004 | Ian H. Morrison | 1 | 285 | Conference with J. Friedman regarding |
| 11/25/2004 | Invoice=1067712 | 0 | 0 | preparation of summary judgment motion; correspondence with U. Emuleomo regarding case status and possible settlement. |
| 4/21/2004 | Ian H. Morrison | 0.25 | 71.25 | Email correspondence with defendant regarding |
| 11/25/2004 | Invoice=1067712 | 0 | 0 | settlement discussions and extension of summary judgment deadline. |
| 4/21/2004 | Ian H. Morrison | 1 | 285 | Conference with J. Friedman regarding summary |
| 11/25/2004 | Invoice=1067712 | 0 | 0 | judgment brief; begin review of defendant's deposition transcript. |
| 4/22/2004 | Ian H. Morrison | 1 | 285 | Complete review of defendant's deposition |
| 11/25/2004 | Invoice=1067712 | 0 | 0 | transcript for use in preparing motion for summary judgment. |
| 4/22/2004 | Ian H. Morrison | 0.25 | 71.25 | Email correspondence with defendant regarding |
| 11/25/2004 | Invoice=1067712 | 0 | 0 | summary judgment deadlines and settlement. |
| 4/22/2004 | Ian H. Morrison | 0.5 | 142.5 | Conference with J. Friedman regarding contents |
| 11/25/2004 | Invoice=1067712 | 0 | 0 | of summary judgment brief and affidavits. |
| 4/26/2004 | Ian H. Morrison | 0.5 | 142.5 | Revise declaration of R. Shepard in support of |
| 11/25/2004 | Invoice=1067712 | 0 | 0 | motion for summary judgment. |
| 4/26/2004 | Ian H. Morrison | 0.5 | 142.5 | Telephone conference with U. Emuleomo regarding |
| 11/25/2004 | Invoice=1067712 | 0 | 0 | settlement; draft letter regarding same to L. Palaypu. |
| 4/27/2004 | Ian H. Morrison | 7.5 | 2,137.50 | Revise summary judgment motion papers and |
| 11/25/2004 | Invoice=1067712 | 0 | 0 | brief; telephone conferences with R. Shepard regarding preparation of affidavit. |
| 4/28/2004 | Ian H. Morrison | 3 | 855 | Revise summary judgment brief and statement of |
| 11/25/2004 | Invoice=1067712 | 0 | 0 | facts; conference with J. Friedman regarding additional preparation work to be done. |

| Date | Attorney/Invoice | Hours | Amount | Description |
|---|---|---|---|---|
| 4/29/2004 | Ian H. Morrison | 2.75 | 783.75 | Revise summary judgment brief, motion, and supporting materials; additional research regarding obligation to repay advances. |
| 11/25/2004 | Invoice=1067712 | 0 | 0 | |
| 5/5/2004 | Ian H. Morrison | 0.25 | 71.25 | Prepare correspondence to defendant regarding settlement. |
| 11/26/2004 | Invoice=1067801 | 0 | 0 | |
| 5/14/2004 | Ian H. Morrison | 0.25 | 71.25 | Meet with L. Palaypu to receive first settlement payment; prepare correspondence related to same. |
| 11/26/2004 | Invoice=1067801 | 0 | 0 | |
| 6/17/2004 | Ian H. Morrison | 1 | 285 | Review plaintiff's summary judgment response. |
| 11/27/2004 | Invoice=1067881 | 0 | 0 | |
| 6/27/2004 | Ian H. Morrison | 0.75 | 213.75 | Draft outline for summary judgment reply. |
| 11/27/2004 | Invoice=1067881 | 0 | 0 | |
| 6/28/2004 | Ian H. Morrison | 0.25 | 71.25 | Conference with J. Friedman regarding reply brief. |
| 11/27/2004 | Invoice=1067881 | 0 | 0 | |
| 6/29/2004 | Ian H. Morrison | 0.25 | 71.25 | Conference with J. Friedman regarding preparation of reply brief. |
| 11/27/2004 | Invoice=1067881 | 0 | 0 | |
| 6/30/2004 | Ian H. Morrison | 2 | 570 | Revise reply in support of motion for summary judgment. |
| 11/27/2004 | Invoice=1067881 | 0 | 0 | |
| 7/1/2004 | Ian H. Morrison | 0.5 | 142.5 | Revise reply in support of motion for summary judgment; draft correspondence regarding same to defendant. |
| 11/28/2004 | Invoice=1067984 | 0 | 0 | |
| 7/8/2004 | Ian H. Morrison | 0.5 | 142.5 | Correspondence with defendant regarding second installment of settlement. |
| 11/28/2004 | Invoice=1067984 | 0 | 0 | |
| 7/29/2004 | Ian H. Morrison | 0.25 | 71.25 | Review correspondence from defendant regarding settlement. |
| 11/28/2004 | Invoice=1067984 | 0 | 0 | |
| 7/30/2004 | Ian H. Morrison | 0.5 | 142.5 | Correspondence and phone call to U. Emuleomo regarding status of settlement; investigate status of defendant's business. |
| 11/28/2004 | Invoice=1067984 | 0 | 0 | |
| 8/2/2004 | Ian H. Morrison | 0.75 | 213.75 | Telephone conference with U. Emuleomo regarding Palaypu settlement; draft correspondence to opposing counsel regarding same. |
| 11/29/2004 | Invoice=1068079 | 0 | 0 | |
| 8/3/2004 | Ian H. Morrison | 1 | 285 | Draft motion to continue pretrial and trial dates; telephone conference with U. Emuleomo regarding same; draft correspondence to court clerk regarding filing. |
| 11/29/2004 | Invoice=1068079 | 0 | 0 | |
| 8/10/2004 | Ian H. Morrison | 0.25 | 71.25 | Telephone conference with court clerk regarding resetting of pretrial and trial dates. |
| 11/29/2004 | Invoice=1068079 | 0 | 0 | |
| 8/26/2004 | Ian H. Morrison | 1 | 285 | Telephone conference with defendant regarding settlement payments; review decision granting summary judgment and draft correspondence regarding same to U. Emuleomo. |
| 11/29/2004 | Invoice=1068079 | 0 | 0 | |
| 8/27/2004 | Ian H. Morrison | 0.5 | 142.5 | Review of procedures for obtaining final |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 11/29/2004 | Invoice=1068079 | 0 | 0 | judgment on partial summary judgment victory; telephone conference with U. Emuleomo regarding strategy in light of court decision. |
| 8/30/2004 | Ian H. Morrison | 3 | 855 | Draft status report. |
| 11/29/2004 | Invoice=1068079 | 0 | 0 | |
| 8/31/2004 | Ian H. Morrison | 0.5 | 142.5 | Revise status report. |
| 11/29/2004 | Invoice=1068079 | 0 | 0 | |
| 9/7/2004 | Ian H. Morrison | 1 | 285 | Telephone conference with D. Ross regarding |
| 11/30/2004 | Invoice=1068106 | 0 | 0 | strategy in light of summary judgment decision; revise status report; draft email to U. Emuleomo regarding same. |
| 9/16/2004 | Ian H. Morrison | 0.5 | 142.5 | Telephone conference with U. Emuleomo regarding |
| 11/30/2004 | Invoice=1068106 | 0 | 0 | strategy going forward; telephone conference with defendant regarding possibility of settlement and status of previously agreed payments; draft correspondence to defendant regarding same. |
| 9/17/2004 | Ian H. Morrison | 0.25 | 71.25 | Review email from L. Palaypu regarding |
| 11/30/2004 | Invoice=1068106 | 0 | 0 | settlement proposal; forward same to client. |
| 9/20/2004 | Ian H. Morrison | 0.25 | 71.25 | Email correspondence with defendant regarding |
| 11/30/2004 | Invoice=1068106 | 0 | 0 | settlement. |
| 9/30/2004 | Ian H. Morrison | 1 | 285 | Telephone conference with U. Emuleomo regarding |
| 11/30/2004 | Invoice=1068106 | 0 | 0 | status and strategy for completion of case; draft motion to enter judgment and dismiss remaining claims. |
| 10/1/2004 | Ian H. Morrison | 0.75 | 213.75 | Revise motion to dismiss claims and enter |
| 11/1/2004 | Invoice=1068154 | 0 | 0 | judgment. |
| 10/4/2004 | Ian H. Morrison | 0.75 | 213.75 | File motion for entry of judgment; call to |
| 11/1/2004 | Invoice=1068154 | 0 | 0 | defendant regarding status of payment; call to clerk regarding same; review of payment from defendant; direction to J. Friedman regarding preparation of settlement agreement. |
| 10/5/2004 | Ian H. Morrison | 0.5 | 142.5 | Meeting with defendant to receive check; |
| 11/1/2004 | Invoice=1068154 | 0 | 0 | telephone call to court clerk regarding cancellation of pretrial conference. |
| 10/6/2004 | Ian H. Morrison | 0.25 | 71.25 | Draft correspondence to U. Emuleomo regarding |
| 11/1/2004 | Invoice=1068154 | 0 | 0 | status of case. |
| 10/10/2004 | Ian H. Morrison | 0.25 | 71.25 | Review and revise draft settlement agreement. |
| 11/1/2004 | Invoice=1068154 | 0 | 0 | |
| 10/11/2004 | Ian H. Morrison | 0.25 | 71.25 | Revise settlement agreement. |
| 11/1/2004 | Invoice=1068154 | 0 | 0 | |
| 10/18/2004 | Ian H. Morrison | 0.5 | 142.5 | Revise settlement agreement. |
| 11/1/2004 | Invoice=1068154 | 0 | 0 | |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 10/19/2004 | Ian H. Morrison | 0.25 | 71.25 | Revise settlement agreement and transmit same |
| 11/1/2004 | Invoice=1068154 | 0 | 0 | to U. Emuleomo for review. |
| 11/2/2004 | Ian H. Morrison | 0.75 | 213.75 | Correspondence with defendant regarding extension of time to file bill of costs and motion for attorneys' fees; prepare and file motion. |
| 11/29/2004 | Ian H. Morrison | 0.25 | 71.25 | Draft correspondence to defendant regarding settlement status. |
| 4/29/2002 | Christopher L. Casazza | 0.5 | 80 | Conduct legal research regarding possible |
| 6/10/2002 | Invoice=792725 | 0 | 0 | causes of action against Laxmi to recover funds. |
| 4/30/2002 | Christopher L. Casazza | 0.75 | 120 | Conduct legal research regarding possible |
| 6/10/2002 | Invoice=792725 | 0 | 0 | causes of action to recover funds from L. Palaypu. |
| 5/1/2002 | Christopher L. Casazza | 6.5 | 1,040.00 | Research possible causes of action against L. |
| 6/10/2002 | Invoice=796983 | 0 | 0 | Palaypu to recover money. |
| 5/2/2002 | Christopher L. Casazza | 4.5 | 720 | Conduct legal research regarding possible |
| 6/10/2002 | Invoice=796983 | 0 | 0 | causes of action to recover commissions from L. Palaypu. |
| 6/11/2003 | Jenny B. Friedman | 0.25 | 43.75 | Conference with I. Morrison regarding legal |
| 7/31/2003 | Invoice=880329 | 0.25 | 43.75 | research into New Jersey Courts' treatment of contract language that states that terms of another contract will be incorporated into contract and all will be binding on parties to contract. |
| 6/15/2003 | Jenny B. Friedman | 3 | 525 | Conducted legal research into New Jersey |
| 7/31/2003 | Invoice=880329 | 3 | 525 | Courts' treatment of contract language that states that terms of another contract will be incorporated into contract and all will be binding on parties to contract; Conducted legal research regarding New Jersey law's treatment of contract clauses which reserve the rights of employers to change and modify contracts without notice. |
| 6/16/2003 | Jenny B. Friedman | 1.5 | 262.5 | Conducted legal research into New Jersey |
| 7/31/2003 | Invoice=880329 | 1.5 | 262.5 | Courts' treatment of contract language that states that terms of another contract will be incorporated into contract and all will be binding on parties to contract; Conducted legal research regarding New Jersey law's treatment of contract clauses which reserve the rights of employers to change and modify contracts without notice. |
| 6/17/2003 | Jenny B. Friedman | 0.5 | 87.5 | Conducted legal research into New Jersey |
| 7/31/2003 | Invoice=880329 | 0.5 | 87.5 | Courts' treatment of contract language that states that terms of another contract will be incorporated into contract and all will be binding on parties to contract; Conducted legal |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | research regarding New Jersey law's treatment of contract clauses which reserve the rights of employers to change and modify contracts without notice; Conference with I. Morrison regarding same. |
| 9/7/2003 | Jenny B. Friedman | 0.5 | 87.5 | Draft First Request for Production of Documents |
| 10/10/2003 | Invoice=902810 | 0.5 | 87.5 | and First Set of Interrogatories. |
| 9/8/2003 | Jenny B. Friedman | 0.75 | 131.25 | Draft First Request for Production of Documents |
| 10/10/2003 | Invoice=902810 | 0.75 | 131.25 | and First Set of Interrogatories. |
| 10/8/2003 | Jenny B. Friedman | 1.25 | 218.75 | Draft First Request for Production of |
| 12/1/2003 | Invoice=913369 | 1.25 | 218.75 | Documents. |
| 10/10/2003 | Jenny B. Friedman | 2.5 | 437.5 | Revise First Request for Production of |
| 12/1/2003 | Invoice=913369 | 2.5 | 437.5 | Documents; Conference with I. Morrison regarding same. |
| 12/9/2003 | Jenny B. Friedman | 1.25 | 218.75 | Review Palaypu's responses to Plaintiff's First |
| 11/19/2004 | Invoice=1066164 | 0 | 0 | Request for Production of Documents; prepare letter in response to Palaypu's responses. |
| 12/11/2003 | Jenny B. Friedman | 3 | 525 | Review Palaypu's responses to Plaintiff's First |
| 11/19/2004 | Invoice=1066164 | 0 | 0 | Request for Production of Documents; prepare letter in response to Palaypu's responses. |
| 2/11/2004 | Jenny B. Friedman | 2.5 | 500 | Prepare responses to Defendant's First Set of |
| 11/23/2004 | Invoice=1067561 | 0 | 0 | Interrogatories; prepare list of documents needed to respond to Defendant's requests. |
| 2/24/2004 | Jenny B. Friedman | 0.75 | 150 | Prepare responses to Defendant's First Set of |
| 11/23/2004 | Invoice=1067561 | 0 | 0 | Interrogatories. |
| 3/2/2004 | Jenny B. Friedman | 3.25 | 650 | Prepare responses to Defendant's First Set of |
| 11/24/2004 | Invoice=1067633 | 0 | 0 | Interrogatories. |
| 3/4/2004 | Jenny B. Friedman | 0.25 | 50 | Prepare responses to Defendant's First Set of |
| 11/24/2004 | Invoice=1067633 | 0 | 0 | Interrogatories. |
| 3/8/2004 | Jenny B. Friedman | 0.5 | 100 | Review document for possible production in |
| 11/24/2004 | Invoice=1067633 | 0 | 0 | responses to Defendant's First Set of Interrogatories. |
| 3/9/2004 | Jenny B. Friedman | 2.5 | 500 | Review document for possible production in |
| 11/24/2004 | Invoice=1067633 | 0 | 0 | responses to Defendant's First Set of Interrogatories. |
| 3/10/2004 | Jenny B. Friedman | 0.5 | 100 | Review document for possible production in |
| 11/24/2004 | Invoice=1067633 | 0 | 0 | responses to Defendant's First Set of Interrogatories. |
| 3/11/2004 | Jenny B. Friedman | 0.5 | 100 | Review document for possible production in |
| 11/24/2004 | Invoice=1067633 | 0 | 0 | responses to Defendant's First Set of Interrogatories. |
| 3/12/2004 | Jenny B. Friedman | 2.25 | 450 | Review document for production in responses to |
| 11/24/2004 | Invoice=1067633 | 0 | 0 | Defendant's First Set of Interrogatories; |

| Date | Name/Invoice | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | revise responses to Defendant's First Set of Interrogatories. |
| 4/20/2004 | Jenny B. Friedman | 3.5 | 700 | Review deposition transcript and exhibits; |
| 11/25/2004 | Invoice=1067712 | 0 | 0 | conference with I. Morrison regarding Motion for Summary Judgment; review local rules of the Central District of Illinois pertaining to motions for summary judgment. |
| 4/21/2004 | Jenny B. Friedman | 3.75 | 750 | Review deposition transcript and exhibits. |
| 11/25/2004 | Invoice=1067712 | 0 | 0 | |
| 4/22/2004 | Jenny B. Friedman | 2.5 | 500 | Review deposition transcript and exhibits; |
| 11/25/2004 | Invoice=1067712 | 0 | 0 | prepare Memorandum of Law in Support of Motion for Summary Judgment. |
| 4/23/2004 | Jenny B. Friedman | 4.25 | 850 | Review deposition transcript and exhibits; |
| 11/25/2004 | Invoice=1067712 | 0 | 0 | prepare Memorandum of Law in Support of Motion for Summary Judgment. |
| 4/24/2004 | Jenny B. Friedman | 3.75 | 750 | Review deposition transcript and exhibits; |
| 11/25/2004 | Invoice=1067712 | 0 | 0 | prepare Memorandum of Law in Support of Motion for Summary Judgment. |
| 4/25/2004 | Jenny B. Friedman | 6 | 1,200.00 | Review deposition transcript and exhibits; |
| 11/25/2004 | Invoice=1067712 | 0 | 0 | prepare Memorandum of Law in Support of Motion for Summary Judgment; prepare Affidavit of Ray Shepard. |
| 4/26/2004 | Jenny B. Friedman | 9.5 | 1,900.00 | Review deposition transcript and exhibits; |
| 11/25/2004 | Invoice=1067712 | 0 | 0 | prepare Memorandum of Law in Support of Motion for Summary Judgment. |
| 4/27/2004 | Jenny B. Friedman | 9.75 | 1,950.00 | Prepare Memorandum of Law in Support of Motion |
| 11/25/2004 | Invoice=1067712 | 0 | 0 | for Partial Summary Judgment; prepare Motion for Partial Summary Judgment. |
| 4/28/2004 | Jenny B. Friedman | 7 | 1,400.00 | Prepare Memorandum of Law in Support of Motion |
| 11/25/2004 | Invoice=1067712 | 0 | 0 | for Partial Summary Judgment; prepare Motion for Partial Summary Judgment; prepare appendix of materials cited in Memorandum. |
| 4/29/2004 | Jenny B. Friedman | 5.5 | 1,100.00 | Prepare Memorandum of Law in Support of Motion |
| 11/25/2004 | Invoice=1067712 | 0 | 0 | for Partial Summary Judgment; prepare Motion for Partial Summary Judgment; prepare appendix of materials cited in Memorandum. |
| 6/18/2004 | Jenny B. Friedman | 0.5 | 100 | Review Defendant's response to Plaintiff's |
| 11/27/2004 | Invoice=1067881 | 0 | 0 | Motion for Summary Judgment. |
| 6/28/2004 | Jenny B. Friedman | 2 | 400 | Review Defendant's response to Plaintiff's |
| 11/27/2004 | Invoice=1067881 | 0 | 0 | Motion for Summary Judgment; prepare reply in support of Plaintiff's motion for summary judgment. |
| 6/29/2004 | Jenny B. Friedman | 8.5 | 1,700.00 | Prepare reply in support of Plaintiff's motion |
| 11/27/2004 | Invoice=1067881 | 0 | 0 | for summary judgment. |

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 6/30/2004 | Jenny B. Friedman | 1 | 200 | Prepare reply in support of Plaintiff's motion |
| 11/27/2004 | Invoice=1067881 | 0 | 0 | for summary judgment. |
| 7/1/2004 | Jenny B. Friedman | 1 | 200 | Revise reply in support of Plaintiff's motion |
| 11/28/2004 | Invoice=1067984 | 0 | 0 | for summary judgment; conference with Clerk of the US District Court for the Central District of Illinois regarding the Court's filing requirements. |
| 10/8/2004 | Jenny B. Friedman | 2.5 | 500 | Draft settlement agreement. |
| 11/1/2004 | Invoice=1068154 | 0 | 0 | |
| 4/6/2004 | Stephen M. Crainer | 1.5 | 532.5 | Confer with I. Morrison regarding tax issues of |
| 11/25/2004 | Invoice=1067712 | 0 | 0 | potential settlement; confer with M. Kushner. |
| 4/10/2004 | Stephen M. Crainer | 1 | 355 | Draft memorandum to bad debt. |
| 11/25/2004 | Invoice=1067712 | 0 | 0 | |