AO 450 (Rev. 5/85) Judgment in a Civil Case

**E-FILED**
Thursday, 30 December, 2004  09:29:00 AM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## AMENDED
## JUDGMENT IN A CIVIL CASE

**Prudential Life Insurance Company**

vs.                                           Case Number:   **02-4060**

**Laxmi P. Palaypu**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X   DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that Counts II, III and IV are DISMISSED WITHOUT PREJUDICE and judgment is entered n favor of the plaintiff and against the defendant in the amount of $437,354.26 plus prejudgment interest, reasonable attorneys fee and costs are awarded to the plaintiff and against the defendant in the amount of $1,734.30.-------------------------------------------------------------------

ENTER this 30th day of December, 2004

JOHN M. WATERS, CLERK

_____S/Denise Koester_____
BY:  DEPUTY CLERK