E-FILED
Tuesday, 04 January, 2005  09:10:35 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 02-4060 |
| LAXMI P. PALAYPU, ) ) | |
| Defendant. ) | |

## O R D E R

On August 25, 2004, the Court granted Prudential's Motion for Partial Summary Judgment with respect to Count I (breach of contract), the portion of Count IV alleging unjust enrichment for unearned commissions, and Count V (breach of the Uniform Commercial Code). Summary judgment was not sought with respect to Prudential's claims under Count II (conversion), Count III (fraud), and the portion of Count IV alleging unjust enrichment for certain "bonuses" paid by Prudential to Defendant, Laxmi Palaypu ("Palaypu"), and these claims remained before the Court for trial. Subsequently, Prudential filed a Motion for Entry of Judgment and Voluntary Dismissal seeking to dismiss the claims asserted in Counts II, III, and IV of the Complaint without prejudice and enter judgment in its favor on Counts I and V of the Complaint pursuant to the Court's August 25, 2004, Order. Upon inquiry by the Court, Palaypu advised that he had no objection to the granting of Prudential's Motion, and the Court found no other reason why the Motion should not be granted. Accordingly, on October 4, 2004, the Court granted Prudential's Motion, dismissed Counts II, III, and IV without prejudice, and entered Judgment on Counts I and

VI in favor of Prudential, plus prejudgment interest, reasonable attorney's fees, and cost of suit.

Prudential then submitted a Bill of Costs and Motion for Attorneys' Fees and Expenses. After receiving no objection from Palaypu, costs were taxed in the amount of $1,734.30 on December 30, 2004, and an Amended Judgment was entered.

In addition to costs of suit, Palaypu consented to the entry of judgment that also included an award of reasonable attorneys' fees and expenses. Prudential's Motion seeks reimbursement for $70,000.00 in fees pursuant to a fixed-fee arrangement with counsel, as well as $1,323.12 in non-taxable expenses. To date, the Court has received no objection from Palaypu with respect to the Motion for Attorneys' Fees and Expenses. As more than 14 days have passed without receiving either an objection or any request for extension of time in which to file an objection, the Court now deems the Motion to be unopposed in accordance with Local Rule 7.1(B), and finds that the Motion should be granted.

Plaintiff's Motion for Attorneys' Fees and Expenses [#38] is therefore granted. The Court now awards $70,000.00 in attorneys' fees and $1,323.12 in expenses in favor of Plaintiff. The Clerk of Court is directed to enter a further amended judgment to this effect.

Entered this 3rd day of January, 2005.

s/Michael M. Mihm
Michael M. Mihm
United States District Judge