AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

## AMENDED
## JUDGMENT IN A CIVIL CASE

**Prudential Life Insurance Company**

    vs.                                    Case Number: **02-4060**

**Laxmi P. Palaypu**

☐ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **DECISION BY THE COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Courts II, III and IV are DISMISSED WITHOUT PREJUDICE and judgment is entered in favor of the plaintiff and against the defendant in the amount of $437,354.26 plus prejudgment interest. Attorneys' fees are awarded to the plaintiff and against the defendant in the amount of $70,000.00, and expenses are awarded to the plaintiff and against the defendant in the amount of $1,323.12. Costs are awarded to the plaintiff and against the defendant in the amount of $1,734.30------------

ENTER this 4th day of January, 2005

JOHN M. WATERS, CLERK

_____s/T. Peeples_____
BY: DEPUTY CLERK